# EXHIBIT 4

# JEWISH COMMUNITY STUDY OF NEW YORK: 2011
## COMPREHENSIVE REPORT

**BRONX**
**BROOKLYN**
**MANHATTAN**
**QUEENS**
**STATEN ISLAND**
**NASSAU**
**SUFFOLK**
**WESTCHESTER**

UJA Federation of New York | Good together.

CHAPTER 7 | DIVERSE JEWISH COMMUNITIES                                                                217

## Orthodox Jews Residentially Concentrated, Hasidic Most Concentrated

As with many religiously committed communities, the Orthodox are residentially concentrated. Moreover, the more traditionally oriented Orthodox are even more concentrated than the more modern Orthodox. Brooklyn is the capital of New York-area Hasidic and Yeshivish Orthodox Jews. While 21% of non-Orthodox Jewish households live in Brooklyn, the number rises to 27% for Modern Orthodox, 71% for Yeshivish, and 94% for Hasidim.

Exhibit 7-4 **County of Residence of Households by Orthodox Type**

|  | Hasidic | Yeshivish | Modern Orthodox | Non-Orthodox |
|---|---|---|---|---|
| Bronx | <1% | 1% | 7% | 5% |
| Brooklyn | 94% | 71% | 27% | 21% |
| Manhattan | 1% | 3% | 21% | 25% |
| Queens | 1% | 17% | 17% | 15% |
| Staten Island | <1% | 1% | 3% | 3% |
| Nassau | 1% | 6% | 14% | 15% |
| Suffolk | <1% | <1% | 1% | 7% |
| Westchester | 1% | 1% | 9% | 10% |
| Total | 100% | 100% | 100% | 100% |

Eight-County New York Area, 2011