# EXHIBIT 6

# JEWISH COMMUNITY STUDY OF NEW YORK: 2011 SPECIAL REPORT ON POVERTY



UJA Federation of New York | *Good together.*

In Consultation With
Metropolitan Council on Jewish Poverty

## UJA-Federation of New York Leadership

**President**
Jerry W. Levin*

**Chair of the Board**
Alisa R. Doctoroff*

**Executive Vice President & CEO**
John S. Ruskay

**Chair, Caring Commission**
Jeffrey A. Schoenfeld*

**Chair, Commission on Jewish Identity and Renewal**
Eric S. Goldstein*

**Chair, Commission on the Jewish People**
Alisa F. Levin*

**Chair, Jewish Communal Network Commission**
Fredric W. Yerman*

**General Chairs 2013 Campaign**
Marcia Riklis*
Jeffrey M. Stern*

**Campaign Chairs**
Karen S.W. Friedman*
Wayne K. Goldstein*
William L. Mack

**Treasurer**
John A. Herrmann, Jr.*

**Executive Committee At Large**
Lawrence C. Gottlieb*
Linda Mirels*
Michael Olshan*
David Valger*
Pamela P. Wexler*

**Senior Vice President Financial Resource Development**
Mark D. Medin

**Senior Vice President Strategic Planning and Organizational Resources**
Alisa Rubin Kurshan

**Senior Vice President Agency Relations**
Roberta Marcus Leiner

**Chief Financial Officer**
Irvin A. Rosenthal

**General Counsel, Chief Compliance Officer & Secretary**
Ellen R. Zimmerman

**Managing Director Marketing & Communications**
Leslie K. Lichter

**Executive Vice Presidents Emeriti**
Ernest W. Michel
Stephen D. Solender

**Jewish Community Study of New York: 2011 Committee**

**Chair**
Scott A. Shay

Laurie Blitzer
Beth Finger
Aileen Gitelson
Billie Gold
Cindy Golub
Judah Gribetz
John A. Herrmann
Vivien Hidary
Edward M. Kerschner
Meyer Koplow
Alisa Rubin Kurshan
Sara Nathan
Leonard Petlakh
Karen Radkowsky
William E. Rapfogel
Rabbi Peter Rubinstein
Daniel Septimus
David Silvers
Tara Slone
Nicki Tanner
Julia E. Zeuner

**Director of Research and Study Director**
Jennifer Rosenberg

**Executive Director Educational Resources and Organizational Development and Study Supervisor**
Lyn Light Geller

*Executive Committee member*

# JEWISH COMMUNITY STUDY OF NEW YORK: 2011 SPECIAL REPORT ON POVERTY

**UJA-Federation of New York**
In Consultation With Metropolitan Council on Jewish Poverty

**Authors**
Jacob B. Ukeles
Steven M. Cohen
Ron Miller

**Jewish Policy & Action Research**

**June 2013,** revised edition

# EXECUTIVE SUMMARY

1. **The scale of Jewish poverty in the eight-county New York area — the Bronx, Brooklyn, Manhattan, Queens, Staten Island, Nassau, Suffolk, and Westchester — is immense. More than 560,000 people — 32% of all people living in Jewish households in the eight counties — live in nearly 200,000 poor and near-poor Jewish households.**

   - One in five New York-area Jewish households is poor.

   - One in 10 New York-area Jewish households is near poor.

   - Of all people living in the New York area, one in four lives in a poor household, compared with one in five people living in a poor Jewish household.

   - 45% of the children in Jewish households live in poor or near-poor households.

   - More Jewish people are affected by poverty in the New York area than there are Jews living in any Jewish community in the United States (with the possible exception of Los Angeles, which has not had a recent study).

   - In New York City, nearly one in four Jewish households is poor.

2. **Over the past 20 years, Jewish poverty has grown much faster than the Jewish community as a whole. It is highly likely that the growth in poverty within the past nine years has accelerated over the last three years as a result of the recession of 2008.**

   - There are twice as many people living in poor Jewish households today as there were in 1991.

   - This enormous growth has occurred during a period when the number of people in all Jewish households increased by only 14%.

3. **There are many faces to the Jewish poor — no one social characteristic explains poverty to the exclusion of others. But it is also true that poverty is not distributed randomly across the Jewish community in 2011.**

   - Life cycle is associated with poverty.

     – Households with children under 18 are more likely to be poor or near poor.

     – Households with seniors are more likely to be poor.

     – Households that include someone who is divorced, separated, or widowed are more likely to be poor or near poor.

   - Education and employment are associated with poverty.

     – Households where no one has more than a high school diploma are more likely to be poor.

     – Households where no one has a bachelor's degree are more likely to be poor or near poor.

- Poverty is more prevalent among some national origins and religious groups.
  - A household with a respondent from the former Soviet Union is more likely to be poor or near poor.
  - A Hasidic household is more likely to be poor or near poor.

### 4. Not only has poverty in the Jewish community increased, but there have also been significant changes in the composition of Jewish poverty since 2002.

- The percentage of poor Jewish households with children has increased.
- The percentage of poor Jewish households with seniors has decreased.
- There has been a decrease in the percentage of respondents in poor households from the former Soviet Union.
- There are more poor households with low educational attainment.

### 5. Poverty remains concentrated in a small number of identifiable groups, each with its own challenges and needs. Some households in each group are affected by more than one source of poverty. But no one type of Jewish household predominates in the bleak landscape of poverty.

- **The largest group of poor Jewish households in the New York area is Russian-speaking seniors.[1] This group also has the highest incidence — percent of households in the group who are poor — of poverty of any group in the New York Jewish community.** With little or no work history in the United States, few in this group are able to access Social Security; and although many qualify for and obtain SSI, this entitlement does not provide an adequate income to meet basic needs, adding to the challenge of how to cope with the twin burdens of aging and poverty. Most Russian-speaking senior households are located in Brooklyn.

- **Hasidic households have the second-largest number of poor households and the third-highest incidence of poverty of any group. They also rank near the top in the number of near poor and the incidence of near poverty.** Contrary to conventional wisdom, most poor Hasidic households do have at least one person working full-time. They are seriously constrained by low levels of secular education. Many but not all poor Hasidic households are large families. Virtually all Hasidic households live in a few neighborhoods in Brooklyn, reflecting the insularity of Hasidic communities. The large number of children in poor Hasidic families has undoubtedly contributed to the increase in the number of people in poverty.

---

1 The *Jewish Community Study of New York: 2011 Comprehensive Report* presents groups in poverty in a different rank order, based on the number of people in poor Jewish households. When ranked by number of people, Orthodox households (excluding Russian speakers and seniors) — primarily, though not exclusively, large families — are the largest group in poverty, followed by Russian-speaking households with a senior age 65 and over; other non-Russian-speaking seniors ages 65 and over rank third. This report uses households as the primary unit of analysis as it is the unit most relevant for policymakers.

- **Senior households that are not Russian-speaking rank third in the number of poor Jewish households and rank first in the number of near-poor Jewish households.** The incidence of poverty and near poverty is relatively low for this group, reflecting the fact that most seniors that are not Russian-speaking are neither poor nor near poor. Households with seniors that are not Russian-speaking are relatively dispersed geographically, with concentrations in Brooklyn, Manhattan, the Bronx, Queens, and Nassau.

- **Russian-speaking households that do not include seniors rank second in the number of near-poor Jewish households and fifth in the number of poor Jewish households.** The incidence of near poverty is also the second highest of any group. While many Russian-speaking households that do not include a senior have made substantial economic strides, many have not. Unlike poor Hasidic households, where most households have at least one person employed full-time but have very low levels of secular education, poor Russian-speaking households without seniors have high levels of secular education and fewer than half in which at least one person is employed full-time or is self-employed.

- **Of households that include a person with a disability who is unable to work, more than half are poor. Nearly 40% of single-parent households are poor or near poor.** While these groups are not as numerous as others, the high percentage within these groups that are poor or near poor is striking.

- **There are households that fall into none of these categories that are poor and near poor.** Unemployed or underemployed households — households that are neither Russian-speaking or Hasidic nor include seniors, those with disabilities, or single parents — are the fourth most numerous group of poor Jewish households. Some have low levels of education; others are poor or near poor with no obvious characteristic that one would expect to be related to poverty or near poverty. These households are found all over the New York area, with larger concentrations in Brooklyn and Manhattan and smaller concentrations in the Bronx and Queens.

## 6. Public benefits are a crucial element in the support system of poor Jewish households.

- Three out of four poor Jewish households and half of all near-poor Jewish households receive at least one of eight public benefit programs.

- The SNAP program (formerly food stamps) is the public benefit most widely used by poor Jewish households.

7. **Poor and near-poor households are much more likely to seek human-service assistance and are more likely to have difficulty accessing the services they seek than households that are not poor.**

   - Half of the poor and near-poor households sought help for one of six types of services, compared with 36% of households that are not poor.

   - Both poor and near-poor households most frequently sought services for a household member's serious or chronic illness. The second most frequently sought service for poor households was for help with food or housing; the second most frequently sought service by near-poor households was for help in finding a job or choosing an occupation.

8. **Poor and near-poor Jewish households are concentrated in New York City, but the numbers are growing in the three suburban counties. Within New York City, poverty is concentrated in Brooklyn.**

   - 90% of poor Jewish households and 84% of near-poor Jewish households are located in New York City.

   - The number of poor Jewish households in the suburbs has increased 86% since 2002, albeit from a very small base of 7,300 households in 2002.

   - Two out of three poor Jewish households in New York City are in Brooklyn.

9. **The very large number of poor Jewish households and the rapid growth in the number of these households over the past nine years should not obscure the fact that in the United States at the beginning of the 21st century, poverty does not typically mean extreme deprivation. At the same time, poverty represents a real struggle.**

   - Of particular concern is the 14% of the poor and 9% of the near poor who say they cannot make ends meet. In the most affluent society in history, this should not be acceptable.

   - The vast majority of the poor and near poor say they are just managing to make ends meet.

   - In addition, 25% of those who are not poor say they are just managing to make ends meet.

| EXECUTIVE SUMMARY | 19 |

## Implications

A statement in the executive summary of the *Jewish Community Study of New York: 2011 Comprehensive Report* bears repeating: "The sheer scale of needs associated with being poor or near poor dwarfs the resources of even the largest Jewish community in the United States. One is tempted to believe that the scale of need is so vast that the Jewish community should abandon this field to others."[2]

Yet since the earliest days of Jewish communal life in New York, the organized Jewish community has accepted its responsibilities to care for those in need. Even since the New Deal, when the federal government took on the primary role of providing a societal safety net, the Jewish community has been active in providing philanthropic support and services for poor and near-poor Jews.

The numbers of poor and near-poor Jewish households, the enormous increase in the number of these households over the past 20 years, and the diverse groups affected by poverty create an imperative for an extraordinary response — from government, the voluntary sector, the philanthropic sector, and all segments of society. These findings suggest that the organized Jewish community needs to take a hard look at current planning, advocacy, service delivery, and resource investment.

Questions that the organized Jewish community needs to ask include:

1. Does the current strategy of the organized Jewish community for responding to poverty need to be re-examined in light of the enormous growth of poverty in the Jewish community? Is the current strategy sufficiently integrated and comprehensive, or is the approach too piecemeal? Are Jewish communal organizations successfully and efficiently leveraging the full array of resources available to respond to poverty?

2. The primary responsibility for combating poverty rests with people themselves and with government; nevertheless, is there more we can do to harness the economic might and educational capacity of the New York Jewish community to help people climb out of poverty?

   • How can community-wide leadership most effectively engage leaders from within multiple Hasidic communities in a joint effort to upgrade secular education and job skills in culturally sensitive ways?

   • What can be done to more effectively engage leadership from outside and within the Russian-speaking community to provide jobs and training?

---

2 UJA-Federation of New York. 2012. "Executive Summary." In *Jewish Community Study of New York: 2011 Comprehensive Report*, 26. New York: UJA-Federation of New York. Available as PDF at http://www.ujafedny.org/get/196901.

3.  Food, housing, jobs, services for people with disabilities, and transportation for seniors emerge as key areas of need for poor Jewish households. Can these findings be used to help frame future thinking about Jewish communal service priorities in helping the poor and near poor?

4.  How can the findings in this report further energize our advocacy efforts in the public arena and help focus efforts on the most important needs of the poor and near poor? Can we use the sense of urgency this report is likely to engender to motivate more sectors of community leadership to engage in a limited number of advocacy areas?

    • Responses from study participants suggest that low-income housing, transportation for seniors, and child care and other support for single parents could be areas where more public investment is needed.

5.  As we re-examine how the philanthropic sector can most effectively complement the assistance provided by government, where should we target our efforts? Should we focus philanthropic resources to help poor Russian-speaking seniors, for whom neither increasing employment nor advocacy for public benefits for which they may not be eligible are especially relevant?

## Conclusion

In the end, poverty is about the daily struggles of hundreds of thousands of people trying to get by.

There is no substitute for compassion and professionalism, for leadership, resources, and vision. Reliable data such as that found in this report also helps to heighten awareness of the breadth and depth of Jewish poverty, illuminate important strategic choices facing communal leadership, and provide a more data-driven framework for communal decision making.

Case 1:18-cv-04167   Document 1-10   Filed 07/23/18   Page 11 of 48 PageID #: 80

## Purpose and Focus of This Report

The purpose of this report is to present a comprehensive picture of Jewish poverty in the eight-county New York area. The information in this report is drawn from the Jewish Community Study of New York: 2011, commissioned by UJA-Federation of New York. About every 10 years, UJA-Federation commissions a survey of New York–area Jewish households to learn more about the size, demographics, social and economic characteristics, human-service needs, and Jewish connections of the Jewish community.

This report provides information on Jewish households, Jews, and people living in Jewish households who are poor or near poor in the New York area: the Bronx, Brooklyn, Manhattan, Queens, Staten Island, Nassau, Suffolk, and Westchester. The primary focus of this report is on poor Jewish households, with less emphasis on poor Jews or people in poor Jewish households. Poverty is defined by attributes of households — income and number of people — not by attributes of individuals. All of the individuals in a particular poor household are affected by what happens to them as a single economic unit.

## Definitions

In the Jewish Community Study of New York: 2011, a household is defined as a Jewish household if it includes one or more Jewish adults ages 18 and over. A Jewish adult is someone who self-identifies as a Jew or as partially Jewish with a Jewish parent, excluding messianic Jews. People in Jewish households include both Jews and non-Jews; typically a non-Jew in a Jewish household is a spouse or partner or a child not being raised as a Jew.

In this report, *Jewish poverty* is used to refer to the poverty of Jewish households, Jews, or people in Jewish households. There is no inference that there is something qualitatively different about Jewish poverty compared with the poverty of other groups.

A poor household is a household whose annual income is less than 150% of the 2010 federal poverty guideline, rounded off to the nearest hundred dollars and slightly modified for one- or two-person households with a senior resident. A near-poor household is a household whose annual income is between 150% and 250% of the 2010 federal poverty guideline, rounded off to the nearest hundred dollars. These levels are used because there is widespread agreement that 100% of the federal poverty guideline underestimates poverty in an urban area like New York, and 150% of the federal poverty guideline is in the range of several alternative measures of poverty that are gaining acceptance. It also makes the data comparable with the last study in 2002.[3]

Both the poor and the near poor are part of the story of Jewish poverty in the New York area. Many believe that the plight of the near poor is as serious as that of the poor. Those living below 150% of the official federal poverty line are much more likely to be eligible for benefits and services than those who are just above the poverty line.

---

[3]  For a full explanation of this poverty definition and the rationale for this choice of a poverty standard, see Appendix A: Concepts and Measures of Poverty.

CHAPTER 1 | **INTRODUCTION**                                                    22

This poverty level — 150% of the federal poverty guideline — is hardly a luxurious level. For example, a family of four is poor if its annual income is below $33,000; a near-poor family of the same size earns between $33,000 and $55,000 a year. The following exhibit shows the poverty criterion based on 150% of the federal poverty guideline.

Exhibit 1-1: **Criteria for Defining Poor and Near-Poor Jewish Households, Eight-County New York Area, 2011**

| Number of People in Household | Income Level Poor Jewish Households | Income Level Near-Poor Jewish Households |
|---|---|---|
| One Person — senior | <$15,000 | $15,000 to $26,000 |
| One Person — not senior | <$16,500 | $16,500 to $28,000 |
| Two People — at least one senior | <$19,000 | $19,000 to $32,000 |
| Two People — no seniors | <$21,000 | $21,000 to $36,000 |
| Three People | <$27,000 | $27,000 to $45,000 |
| Four People | <$33,000 | $33,000 to $55,000 |
| Five People | <$38,000 | $38,000 to $64,000 |
| Six People | <$44,000 | $44,000 to $73,000 |
| Seven People | <$50,000 | $50,000 to $83,000 |
| Eight People | <$55,000 | $55,000 to $92,000 |
| Nine or More People | <$61,000 | $61,000 to $100,000 |

## Overview: Poor and Near-Poor Jews in the Eight-County New York Area

Altogether, 564,900 people live in poor and near-poor Jewish households. There are many more poor Jewish households, poor Jews, and people in poor Jewish households than there are near-poor Jewish households, near-poor Jews, or near-poor people in Jewish households.

- 129,900 Jewish households are poor.
- 308,400 Jews live in poor households.
- 361,100 people (including non-Jews) live in poor Jewish households.

- 66,200 Jewish households are near poor.
- 178,300 Jews live in near-poor households.
- 203,800 people (including non-Jews) live in near-poor Jewish households.

CHAPTER 1 | **INTRODUCTION**                                                          **23**

Exhibit 1-2: **Jewish Households, Jews, and People in Jewish Households, by Poverty Status, Eight-County New York Area, 2011**[4]

|  | Jewish Households | | Jews | | People in Jewish Households | |
|---|---|---|---|---|---|---|
|  | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| Poor | 129,900 | 19% | 308,400 | 20% | 361,100 | 20% |
| Near Poor | 66,200 | 10% | 178,300 | 12% | 203,800 | 12% |
| Not Poor | 476,400 | 69% | 1,010,200 | 66% | 1,158,500 | 65% |
| Poverty Status Not Known[5] | 21,800 | 3% | 41,200 | 3% | 45,600 | 3% |
| **Total** | **694,200** | **100%** | **1,538,000** | **100%** | **1,769,000** | **100%** |

## Jewish Poverty Since 1991

There has been dramatic growth in the number of poor Jewish households in the New York area over the past 20 years. In 1991, there were a little more than 70,000 poor Jewish households; today, there are about 130,000 such households.[6,7]

The increase in the number of people living in poor Jewish households over this time period is even more dramatic. In 1991, there were about 180,000 people living in poor Jewish households; twenty years later, this number has soared to more than 360,000 — a 100% increase.

The disturbing increase in Jewish poverty noted in 2002 has continued over the past nine years.[8] For *poor Jewish households*, the increase in poverty in the 11 years between 1991 and 2002 (41%) was greater than the increase in the past nine years (26%). The increase for *poor Jews* and for *people in poor Jewish households* was greater in the past nine years than in the previous 11 years (see exhibit 1-3).

4  In this and all subsequent exhibits, figures may not add to exactly 100% or to column totals due to rounding.

5  The poverty status of 3% of Jewish households is not known because these households shared income information insufficiently detailed to make a poverty-status designation.

6  UJA-Federation of New York. 1993. *1991 New York Jewish Population Study*. New York: UJA-Federation of New York. Available as PDF at http://www.ujafedny.org/jewish-community-study-2002.

7  Change is not reported for the near poor as there was no comparable measure in 2002 and no measure in 1991.

8  UJA-Federation of New York. 2004. *Jewish Community Study of New York: 2002 Report on Jewish Poverty*. New York: UJA-Federation of New York. Available as PDF at http://www.ujafedny.org/assets/documents/PDF/who-we-are/community-study-02/PovertyReport04_Pg43correct.pdf.

CHAPTER 1 | **INTRODUCTION**                                                                 24

The greater increase in the rate of poverty among *people* in poor Jewish households compared with Jewish *households* may be attributable to the growth in the Hasidic community, which includes the largest households.[9] While the 2002 study did not differentiate Hasidic from other Orthodox households, the greater increase in poverty among *people* in poor Orthodox households (93%) than the increase in poverty among Orthodox *households* (60%) over the past nine years suggests that large, poor Hasidic households are the reason for the extraordinary increase in people living in poor Jewish households in the New York area.

The increase in poverty has also been particularly dramatic among non-Jews in Jewish households. Whereas in 1991 only 10,000 non-Jews in Jewish households were poor, by 2011 more than 50,000 non-Jews live in poor Jewish households — a fivefold increase.

While there is no data to measure change within the past nine-year period, it is highly likely that the growth in poverty accelerated during the last three years as a result of the Great Recession of 2008.

Exhibit 1-3: **Change in Jewish Poverty, 1991–2011, Eight-County New York Area**

|  | 1991 | 2002 | 2011 | Percent Change 1991–2002 | Percent Change 2002–2011 |
|---|---|---|---|---|---|
| Poor Jewish Households | 73,000 | 103,200 | 129,900 | 41% | 26% |
| Jewish Households | 638,000 | 643,100 | 694,200 | <1% | 8% |
| Poor Jewish Households as a Percent of All Jewish Households | 11% | 16% | 19% | NA* | NA* |
| Poor Jews | 169,500 | 226,000 | 308,400 | 33% | 36% |
| Jews | 1,420,000 | 1,412,400 | 1,538,000 | <-1% | 9% |
| Poor Jews as a Percent of All Jews | 12% | 16% | 20% | NA* | NA* |
| People in Poor Jewish Households | 179,500 | 244,000 | 361,100 | 36% | 43% |
| All People in Jewish Households | 1,554,000 | 1,667,500 | 1,769,000 | 7% | 6% |
| People in Poor Jewish Households as a Percent of All People in Jewish Households | 12% | 15% | 20% | NA* | NA* |

* Not applicable.

9  In the 2011 survey, Orthodox respondents were asked to self-define their type of Orthodoxy, choosing among "Modern Orthodox," "Yeshivish," "Hasidic," or "other." This was not asked in 2002, so comparisons over time can only be made for the Orthodox as a whole, not for subgroups within.

## Income and Poverty

As one might expect from an inspection of the poverty criteria (exhibit 1-1), virtually all poor households have annual incomes below $50,000. Only households with eight or more people could be poor with an income exceeding $50,000, and there are few such households. Even for near-poor households, nearly nine out of 10 have incomes below $50,000.

Nine out of 10 households whose poverty status is not known have incomes below $50,000. While the poverty status of only 3% of Jewish households is not known, the high percentage of households in this category that have low incomes suggests that the estimate of poor and non-poor Jewish households may be slightly conservative.

Exhibit 1-4: **Poverty Status by Income, Jewish Households, Eight-County New York Area, 2011**

| Income | Poor Number | Poor Percent | Near Poor Number | Near Poor Percent | Not Poor Number | Not Poor Percent | Poverty Status Not Known Number | Poverty Status Not Known Percent |
|---|---|---|---|---|---|---|---|---|
| Less Than $50,000 | 128,800 | 99% | 58,300 | 88% | 85,400 | 18% | 19,300 | 89% |
| $50,000–$99,999 | 1,100 | 1% | 7,900 | 12% | 179,500 | 38% | 2,500 | 11% |
| $100,000 or More | NA* | NA* | <100 | <1% | 211,600 | 44% | <100 | <1% |
| **Total** | **129,900** | **100%** | **66,200** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

* Not applicable.

## Subjective Financial Assessment and Poverty

People who are poor are most likely to report that they cannot make ends meet — 14% compared with 9% of the near poor and only 2% of those who are not poor. Among both the poor and the near poor, more than three in five report that they are just managing to make ends meet. But the poor and near poor do not have a monopoly on economic stress: more than 100,000 households that are neither poor nor near poor report that they are just managing to make ends meet.

One in five poor and near-poor households report that they have enough money, and a few even report that they have some extra money. It is possible that some of these households have resources that they do not consider income — for example, they are living off assets or are receiving support from family members or communal support systems. Others may be reflecting their willingness to forgo financial well-being in order to respond to spiritual or religious values; still others may be too proud to indicate that they are having difficulty managing to make ends meet.

Exhibit 1-5: **Subjective Assessment of Financial Situation by Poverty Status, Jewish Households, Eight-County New York Area, 2011**[10]

| Financial Situation | Poor Number | Poor Percent | Near Poor Number | Near Poor Percent | Not Poor Number | Not Poor Percent | Poverty Status Not Known Number | Poverty Status Not Known Percent |
|---|---|---|---|---|---|---|---|---|
| Cannot Make Ends Meet | 17,100 | 14% | 5,700 | 9% | 6,700 | 2% | 1,000 | 5% |
| Just Managing to Make Ends Meet | 78,800 | 62% | 41,400 | 66% | 108,300 | 25% | 9,100 | 44% |
| Have Enough Money | 26,900 | 21% | 13,000 | 21% | 166,400 | 39% | 7,500 | 36% |
| Have Some Extra Money | 3,400 | 3% | 1,700 | 3% | 91,900 | 21% | 2,300 | 11% |
| Well-Off | 600 | <1% | 700 | 1% | 58,100 | 14% | 1,100 | 5% |
| **Total**[11] | **126,800** | **100%** | **62,500** | **100%** | **431,500** | **100%** | **21,000** | **100%** |

## Poverty in the General Community and the Jewish Community

Jewish poverty in New York does not exist in a vacuum; it is subject to many of the same forces affecting the poverty experience of other residents of the New York area, such as the global recession and the resulting era of low wages and low economic growth paired with high unemployment.

According to the United States Census Bureau's American Community Survey (ACS), more than 2.9 million people in the eight–county New York area live in households with incomes under 150% of the federal poverty guideline.[12] In percentage terms, this equals 25% of all people in the area. Thus the rate of poverty in the general community is somewhat higher than it is in the Jewish community: 25% in the general community compared with 20% in the Jewish community.

In 2005, the earliest year for which comparable data is available, there were more than 2.6 million people at this poverty level — or 23% of all people in the area, compared with 25% in 2010. From 2002 to 2011, the percentage of people living in poor Jewish households has increased from 15% to 20%.

In the general community as well as in the Jewish community, it is highly likely that the recession of 2008 has had a serious impact on the increase in poverty.

---

10  Not included in the totals are 52,500 households that did not report their subjective financial situation, including 3,100 that are poor and 3,700 that are near poor.

11  In this and subsequent exhibits, the totals do not equal the total number of households of each poverty status because of missing cases due to no responses.

12  U.S. Census Bureau. 2010. "Table C17002: Ratio Of Income To Poverty Level In The Past 12 Months." *American Community Study 2010.* Available as PDF at http://www.census.gov/acs/www/data_documentation/special_data_release.

Exhibit 1-6: **People in Poor and Other Households, All Households and Jewish Households, Eight-County New York Area, 2011**

| Households | People in All Households | | People in Jewish Households | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| Poor | 2,906,800 | 25% | 361,100 | 20% |
| Other[13] | 8,872,700 | 75% | 1,407,900 | 80% |
| **Total** | **11,779,500** | **100%** | **1,769,000** | **100%** |

## Poverty in the General Community: New York City and Suburban Counties

In both the general community and the Jewish community, the prevalence and percentage of poverty is much greater in New York City than in the three suburban counties. In the general community, 21% of the people in the eight counties live in poor households in New York City and only 4% live in poor households in the three suburban counties; similarly in the Jewish community, 19% of the people living in Jewish households in the eight counties live in poor households in New York City, compared with 2% who live in poor households in the suburbs (exhibit 1-7).

In fact, the concentration of poverty in New York City is slightly greater in the Jewish community than in the general community: in the general community, 85% of the poor live in New York City; in the Jewish community, 92% of the poor live in New York City (exhibit 1-8).

Exhibit 1-7: **New York City and Suburban Counties, People in Poor and Other Households, People in All Households and in Jewish Households, 2011**

| Households | | People in All Households | | People in Jewish Households | |
|---|---|---|---|---|---|
| | | Number | Percent | Number | Percent |
| | Poor | 2,483,700 | 21% | 333,000 | 19% |
| New York City | Other | 5,578,000 | 47% | 907,100 | 51% |
| | Subtotal | 8,061,700 | 68% | 1,240,200 | 70% |
| | Poor | 423,100 | 4% | 28,100 | 2% |
| Nassau, Suffolk, and Westchester | Other | 3,294,700 | 28% | 500,800 | 29% |
| | Subtotal | 3,717,700 | 32% | 528,800 | 30% |
| **Total Eight-County Area** | | **11,779,500** | **100%** | **1,769,000** | **100%** |

13  Includes near-poor and not-poor Jewish households and Jewish households whose poverty status is not known.

Exhibit 1-8: **People in Poor and Other Households, New York City and Suburban Counties, All Households and Jewish Households, 2011**

| Households | | People in All Households | | People in Jewish Households | |
|---|---|---|---|---|---|
| | | Number | Percent | Number | Percent |
| Poor | New York City | 2,483,700 | 85% | 333,000 | 92% |
| | Nassau, Suffolk, and Westchester | 423,100 | 15% | 28,100 | 8% |
| | Subtotal | 2,906,800 | 100% | 361,100 | 100% |
| Other | New York City | 5,578,000 | 63% | 907,100 | 64% |
| | Nassau, Suffolk, and Westchester | 3,294,700 | 37% | 500,800 | 36% |
| | Subtotal | 8,872,700 | 100% | 1,407,900 | 100% |

## Concluding Comment

The sheer scale of Jewish poverty in the New York area is overwhelming. Poverty continues to grow at an alarming rate, and there is no solace in the fact that the poverty rate is even higher in the community at large. These realities lead some to denial and others to despair.

Those in denial simply say that everyone knows there can't possibly be so many poor Jews; the data presented in this report clearly refutes this perception. Others argue that respondents are under-reporting their incomes. There is no hard evidence, but several factors suggest that under-reporting is minimal. First, there is no incentive for respondents to understate their incomes in an anonymous, nongovernmental survey. Second, Jews from the former Soviet Union are among those most severely affected by poverty (see chapter 4); the poverty of Jews in and from the former Soviet Union is well documented. Third, there is substantial anecdotal and qualitative evidence of real economic hardship in the Jewish community. Many people struggle to make choices between food and paying for day school tuition. Seniors and people with disabilities face the heartrending choice to pay rent or buy medicine or health aids not covered by insurance.

Still others argue that many low-income respondents, particularly the elderly, have substantial assets. While this may be true of some, that it is widespread is extremely unlikely. Data on home ownership, as seen in chapter 2, suggests that most poor households do not own their own homes. Most seniors are not poor; of those who are, a substantial portion are from the Soviet Union.



Others respond with a sense of hopelessness to the overwhelming numbers of the poor and near poor and the downward spiral of increasing poverty. Yet a great deal is being done to mitigate the effects of poverty — by the government, the Jewish community, and the nonsectarian nonprofit sector. More needs to be done, but efforts to ameliorate the effects of poverty must be targeted to better understand the nature of poverty in the Jewish community.

In the following chapters, we will go beyond the overall numbers of the Jewish poor to consider which social characteristics seem to be most connected to poverty. What groups bear a disproportionate share of the burden of poverty? What public benefits are being used? What types of human services are poor people accessing? Where do the poor and near poor live?

30

# CHAPTER 2 | SOCIAL CHARACTERISTICS AND POVERTY

31

This chapter focuses on the relationships between poverty and social characteristics of New York's Jewish households. Is the age distribution, household composition, marital status, or household-size distribution of poor households like or unlike the distribution of these characteristics for near-poor and not-poor households? Do we expect poor Jewish households to resemble near-poor or not-poor households in secular education, employment status, home ownership, place of birth, years in New York, racial composition, and religious denomination? In both predictable and surprising ways, the profile of poor households is quite different from that of households that are not poor. Where comparable data exists, changes since 2002 add more perspective to the portrait of the current contours of Jewish poverty.

## Age and Poverty

Poverty is based on *household* income; age relates to individual *people* in households. So it makes sense to examine the relationship between age and income by focusing on both people in Jewish households and the age composition of households.

People in poor or near-poor Jewish households are much more likely to be children under 18 than people in households that are not poor (exhibit 2-1).

- 33% of people in poor Jewish households are children under 18.
- 30% of people in near-poor Jewish households are children under 18.
- 19% of people in Jewish households that are not poor are children under 18.

People in poor Jewish households are slightly more likely to be ages 65 and over than people in households that are not poor.

- 23% of people in poor Jewish households are 65 and over.
- 14% of people in near-poor Jewish households are 65 and over.
- 20% of people in households that are not poor are 65 and over.

People in near-poor Jewish households are a little more likely to be young adults ages 18 to 34 than people in either poor or not-poor Jewish households.

- 18% of people in poor Jewish households are ages 18 to 34.
- 23% of people in near-poor Jewish households are ages 18 to 34.
- 19% of people in Jewish households that are not poor are ages 18 to 34.

Exhibit 2-1: **Age Distribution, People in Jewish Households, by Poverty Status, Eight-County New York Area, 2011**

**People in Jewish Households**

| Age | Number | Poor Percent | Number | Near Poor Percent | Number | Not Poor Percent | Number | Poverty Status Not Known Percent |
|---|---|---|---|---|---|---|---|---|
| 0–5 | 45,800 | 13% | 21,900 | 11% | 60,400 | 5% | 1,300 | 3% |
| 6–12 | 45,500 | 13% | 21,600 | 11% | 83,900 | 7% | 3,200 | 7% |
| 13–17 | 28,600 | 8% | 17,000 | 8% | 72,800 | 6% | 1,600 | 4% |
| 18–34 | 65,500 | 18% | 46,300 | 23% | 219,000 | 19% | 11,000 | 24% |
| 35–44 | 27,000 | 8% | 20,400 | 11% | 137,100 | 12% | 6,300 | 14% |
| 45–54 | 29,000 | 8% | 25,200 | 12% | 158,500 | 14% | 3,700 | 8% |
| 55–64 | 35,100 | 10% | 23,900 | 12% | 196,200 | 17% | 5,700 | 12% |
| 65–74 | 33,800 | 9% | 9,300 | 4% | 98,000 | 8% | 4,600 | 10% |
| 75 and Over | 50,700 | 14% | 18,100 | 9% | 132,400 | 11% | 8,300 | 18% |
| **Total** | **361,100** | **100%** | **203,800** | **100%** | **1,158,200** | **100%** | **45,600** | **100%** |

Over the past nine years, the percentage of people in poor Jewish households that are children has gone up from 24% in 2002 to 33% in 2011. At the same time, the percentage of older adults ages 65 and over in poor Jewish households has gone down from 31% in 2002 to 23% in 2011. While both ends of the age spectrum remain associated with poverty, the relative position of children and older adults has been reversed — children now account for the larger share of people in poor Jewish households.

Case 1:18-cv-04167   Document 1-10   Filed 07/23/18   Page 23 of 48 PageID #: 92

Exhibit 2-2: **Change in Percent of People in Poor Jewish Households, by Age, Eight-County New York Area, 2002–2011**

|  |  | Percent | Change in Percent |
|---|---|---|---|
| Age | 2002 | 2011 | 2002–2011 |
| 0–17 | 24% | 33% | +9% |
| 18–34 | 18% | 18% | 0% |
| 35–64 | 27% | 25% | -2% |
| 65–74 | 15% | 9% | -6% |
| 75 and Over | 16% | 14% | -2% |
| **Total** | **100%** | **100%** | |

## Household Composition and Poverty

A slightly different picture emerges if one looks at households instead of individuals (exhibit 2-3). A higher proportion of households with children are near poor (35%) rather than poor (28%); yet a slightly higher proportion of children under 18 live in poor households (33%) than in near-poor households (30%) (exhibit 2-1). This is because households with more children are more likely to be poor than households with fewer children. Therefore, more children are poor than near poor, but more households with children are near poor than poor.

In the case of older adults ages 65 and over, both the individual lens and the household lens yield results that are similar: in both cases, older adults are a higher percentage of the poor than of the near poor or those who are not poor.

Since 2002, the percentage of poor households with children has gone up by 6% and the percentage of poor households with seniors ages 65 and over has gone down by 7% (exhibit 2-4), which is parallel to the results for individuals by age (exhibit 2-2).

Exhibit 2-3: **Household Composition, by Poverty Status, Eight-County New York Area, 2011**

| Household Composition | Number | Poor Percent | Number | Near Poor Percent | Number | Not Poor Percent | Poverty Status Not Known Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Households With Children Ages 17 and Younger[14] | 36,700 | 28% | 23,300 | 35% | 111,300 | 23% | 3,700 | 17% |
| Households With Only Adults Ages 18 to 64 | 37,200 | 29% | 25,200 | 38% | 207,200 | 44% | 8,700 | 40% |
| Households With Seniors Ages 65+ (no children 17 and younger) | 55,900 | 43% | 17,600 | 27% | 158,000 | 33% | 9,400 | 43% |
| **Total** | **129,900** | **100%** | **66,200** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

Exhibit 2-4: **Change in Household Composition, Poor Jewish Households, Eight-County New York Area, 2002–2011**

| Household Composition | 2002 | Percent 2011 | Change in Percent 2002–2011 |
|---|---|---|---|
| Households With Children Ages 17 and Younger | 22% | 28% | +6% |
| Households With Only Adults Ages 18 to 64 | 29% | 29% | 0% |
| Households With Seniors Ages 65+ (no children 17 and younger) | 50% | 43% | -7% |
| **Total** | **100%** | **100%** | |

14  Included in this group are the 3% of households with seniors that also include children ages 17 and younger.

## Marital Status and Poverty

The percent of the poor and near poor who are divorced, separated, or widowed is much higher than the percent of those who are not poor: 32% of the poor are separated, divorced, or widowed, compared with 28% of the near poor and only 20% of those who are not poor. Poverty is more prevalent among those who are widowed (exhibit 2-5).

Conversely, a lower percentage of the poor are currently married: 46% of the poor compared with 55% of those who are not poor. Singles — those who have never married — are equally represented among the poor, the near poor, and those who are not poor.

Changes in the relationship of marital status since 2002, examined in exhibit 2-6, are relatively modest. The only significant change is in the percentage of the poor who are widows; though remaining high in 2011, this percentage has gone down from 24% of poor respondents in 2002 to 17% in 2011.

Exhibit 2-5: **Marital Status of Respondents, by Poverty Status, Eight-County New York Area, 2011**

| | Respondents | | | | | | | |
| | Poor | | Near Poor | | Not Poor | | Poverty Status Not Known | |
| Marital Status | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Never Married | 25,200 | 19% | 12,200 | 18% | 98,700 | 21% | 5,900 | 28% |
| Living Together | 3,400 | 3% | 2,500 | 4% | 20,800 | 4% | 1,200 | 6% |
| Married | 59,800 | 46% | 33,300 | 50% | 259,600 | 55% | 7,500 | 35% |
| Separated | 6,600 | 5% | 1,700 | 3% | 7,000 | 2% | <100 | <1% |
| Divorced | 12,400 | 10% | 9,300 | 14% | 33,400 | 7% | 2,900 | 13% |
| Widowed | 22,200 | 17% | 7,100 | 11% | 50,600 | 11% | 3,900 | 18% |
| **Total** | **129,700** | **100%** | **66,200** | **100%** | **470,100** | **100%** | **21,500** | **100%** |

Exhibit 2-6: **Change in Percent of People in Poor Jewish Households, by Marital Status, Eight-County New York Area, 2002–2011**

| Marital Status | 2002 | Percent 2011 | Change in Percent 2002–2011 |
|---|---|---|---|
| Never Married | 16% | 19% | +3% |
| Living Together | 1% | 3% | +2% |
| Married | 49% | 46% | -3% |
| Separated | 2% | 5% | +3% |
| Divorced | 9% | 10% | +1% |
| Widowed | 24% | 17% | -7% |
| **Total** | **100%** | **100%** | |

## Household Size and Poverty

The number of people in a household is related to poverty, in particular among large and small households. The percentage of poor households that include seven or more people (10%) is higher than the percentage of large near-poor households (6%) and significantly higher than the percentage of not-poor households (less than 3%). Single-person households — including substantial numbers of seniors living alone — are 37% of poor households, compared with 25% of the near poor and 30% of those that are not poor (exhibit 2-7).

Near-poor households are much more frequent among four- to six-person households (30%) than either poor households (15%) or households that are not poor (19%).

The past nine years also has seen a doubling of the percent of poor households with five or more people, from 9% in 2002 to 18% in 2011 (exhibit 2-8).

CHAPTER 2 | SOCIAL CHARACTERISTICS AND POVERTY                                    37

Exhibit 2-7: **Household Size, by Poverty Status, Eight-County New York Area, 2011**

|  |  | Households |  |  |  |  | | |
| | | | | | | | **Poverty Status Not Known** | |
| | | **Poor** | | **Near Poor** | | **Not Poor** | | |
| **Household Size** | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| One | 47,700 | 37% | 16,500 | 25% | 140,500 | 30% | 7,500 | 34% |
| Two | 39,000 | 30% | 20,300 | 31% | 171,300 | 36% | 9,200 | 42% |
| Three | 11,800 | 9% | 5,200 | 8% | 65,200 | 14% | 2,600 | 12% |
| Four | 8,700 | 7% | 7,500 | 11% | 56,900 | 12% | 1,500 | 7% |
| Five | 5,400 | 4% | 8,100 | 12% | 23,500 | 5% | 300 | 1% |
| Six | 4,600 | 4% | 4,900 | 7% | 8,300 | 2% | 500 | 2% |
| Seven | 3,400 | 3% | 800 | 1% | 6,000 | 1% | 100 | <1% |
| Eight | 4,000 | 3% | 1,100 | 2% | 3,200 | 1% | 100 | <1% |
| Nine or More | 5,200 | 4% | 1,700 | 3% | 1,700 | <1% | <100 | <1% |
| **Total** | **129,900** | **100%** | **66,200** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

Exhibit 2-8: **Change in Household Size, Poor Jewish Households, Eight-County New York Area, 2002–2011**

| **Household Size** | **2002** | **Percent 2011** | **Change in Percent 2002–2011** |
| --- | --- | --- | --- |
| One | 39% | 37% | -2% |
| Two | 30% | 30% | 0 |
| Three | 11% | 9% | -2% |
| Four | 12% | 7% | -5% |
| Five | 2% | 4% | +2% |
| Six | 2% | 4% | +2% |
| Seven | 2% | 3% | +1% |
| Eight | 1% | 3% | +2% |
| Nine or More | 2% | 4% | +2% |
| **Total** | **100%** | **100%** | |

## Educational Attainment and Poverty[15]

Not surprisingly, there appears to be a very strong relationship between secular educational attainment and poverty. In two out of five poor households, neither the respondent nor a spouse or partner (where present) has more than a high school education, compared with a little more than one out of four near-poor households and one out of seven households that are not poor (exhibit 2-9).

Poor households are much less likely than a household that is not poor to include a respondent or a spouse or partner that has a bachelor's degree or higher level of education. But there are some poor households — one in six — that include a person who has attained a master's degree or doctorate.

Levels of educational attainment have decreased significantly for poor Jewish households since 2002. In 2011, a smaller percentage of poor households have a respondent or spouse or partner with a bachelor's degree than in 2002 (exhibit 2-10).

Exhibit 2-9: **Educational Attainment by Poverty Status, Eight-County New York Area, 2011**

**Households**

| Educational Attainment | Poor Number | Poor Percent | Near Poor Number | Near Poor Percent | Not Poor Number | Not Poor Percent | Poverty Status Not Known Number | Poverty Status Not Known Percent |
|---|---|---|---|---|---|---|---|---|
| High School Diploma or Less | 52,000 | 41% | 17,600 | 27% | 64,500 | 14% | 6,900 | 32% |
| Some College or Associate's Degree | 34,400 | 27% | 18,300 | 28% | 72,700 | 16% | 6.600 | 31% |
| Bachelor's Degree | 19,700 | 16% | 14,600 | 22% | 109,000 | 23% | 4,300 | 20% |
| Master's Degree or Doctorate | 20,900 | 16% | 15,600 | 24% | 223,600 | 48% | 3,700 | 17% |
| **Total** | **126,900** | **100%** | **66,100** | **100%** | **469,800** | **100%** | **21,500** | **100%** |

15  Exhibit 2-9 includes a household measure of educational attainment based on a survey question asked about respondents and spouses or partners. The assignment of a household to a level of educational attainment is based on the highest level achieved by either the respondent or a spouse or partner in the household.

**Exhibit 2-10: Change in Educational Attainment, Poor Jewish Households, Eight-County New York Area, 2002–2011**

| Educational Attainment | 2002 | Percent 2011 | Change in Percent 2002–2011 |
|---|---|---|---|
| High School Diploma or Less | 35% | 41% | +6% |
| Some College or Associate's Degree | 20% | 27% | +7% |
| Bachelor's Degree | 26% | 16% | -10% |
| Master's Degree or Doctorate | 19% | 16% | -3% |
| **Total** | **100%** | **100%** | |

## Employment Status and Poverty[16]

There also is a very strong relationship between employment status and poverty.

In 2011, 71% of poor Jewish households include neither a respondent nor a spouse or partner (where one is present) who is employed full-time or self-employed (exhibit 2-11). In the case of near-poor households, the corresponding percentage is 43%; for households that are not poor, only 32% include neither a respondent nor a spouse or partner who is employed full-time or self-employed. Of not-poor households where neither the respondent nor a spouse is employed full-time or self-employed, the majority are retired.

While only 11% of poor households have a respondent and spouse who are working full-time or are self-employed, this percentage jumps to 36% for the near poor.

The employment–poverty relationship is quite different for those under 65 as compared with those ages 65 and over. Less than 10% of poor households with a respondent ages 65 and over have anyone working full-time (exhibit 2-12). Households with a respondent under 65 are more likely to have someone working full-time. Even for those under 65, more than half have no one in the household working full-time.

The largest change in this picture since 2002 is the near doubling of the percent of poor households with a respondent and spouse where only one is working full-time or is self-employed (see exhibit 2-13).

---

16  Exhibit 2-11 includes a household measure of employment that is a composite of the employment status of the respondent and spouse or partner (if any) in the household. "Not employed full-time nor self-employed" includes a respondent or spouse or partner who is employed part-time, retired, a student, with a disability and unable to work, unemployed, a homemaker, or other.

Exhibit 2-11: **Employment Status of Households, by Poverty Status,
Eight-County New York Area, 2011**

| Household Employment Status | Poor | | Near Poor | | Not Poor | | Poverty Status Not Known | |
|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Respondent Only — employed full-time or self-employed* | 8,000 | 6% | 11,100 | 17% | 94,800 | 20% | 3,000 | 14% |
| Respondent and Spouse — both employed full-time or self-employed | 6,400 | 5% | 12,300 | 19% | 119,500 | 25% | 800 | 4% |
| Respondent and Spouse — only one employed full-time or self-employed | 22,700 | 18% | 14,400 | 22% | 102,700 | 22% | 4,400 | 20% |
| Respondent Only — not employed full-time nor self-employed* | 60,300 | 47% | 19,900 | 30% | 105,300 | 22% | 9,900 | 46% |
| Respondent and Spouse — neither employed full-time nor self-employed | 31,500 | 24% | 8,300 | 13% | 49,100 | 10% | 3,300 | 15% |
| **Total** | **128,800** | **100%** | **66,100** | **100%** | **471,500** | **100%** | **21,500** | **100%** |

* No spouse or partner present.

Exhibit 2-12: **Employment Status of Poor Jewish Households, by Age of Respondent, Eight-County New York Area, 2011**

| Household Employment Status | Respondent Under 65 | | Respondent 65 or Over | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| Respondent Only — employed full-time or self-employed* | 6,500 | 9% | 1,400 | 3% |
| Respondent and Spouse — both employed full-time or self-employed | 6,300 | 9% | 100 | <1% |
| Respondent and Spouse — only one employed full-time or self-employed | 20,400 | 28% | 2,300 | 4% |
| Respondent Only — not employed full-time nor self-employed* | 28,800 | 39% | 31,500 | 57% |
| Respondent and Spouse — neither employed full-time nor self-employed | 11,700 | 16% | 19,800 | 36% |
| **Total** | **73,700** | **100%** | **55,100** | **100%** |

\* No spouse or partner present.

Exhibit 2-13: **Change in Employment Status, Poor Jewish Households, Eight-County New York Area, 2002–2011**

| Household Employment Status | 2002 | Percent 2011 | Change in Percent 2002–2011 |
|---|---|---|---|
| Respondent Only — employed full-time or self-employed* | 13% | 6% | -7% |
| Respondent and Spouse — both employed full-time or self-employed | 2% | 5% | +3% |
| Respondent and Spouse — only one employed full-time or self-employed | 10% | 18% | +8% |
| Respondent Only — not employed full-time nor self-employed* | 54% | 47% | -7% |
| Respondent and Spouse — neither employed full-time nor self-employed | 21% | 24% | +3% |
| **Total** | **100%** | **100%** | |

\* No spouse or partner present.

## Home Ownership and Poverty

Even in the context of a regional housing market that includes New York City, which has more rental units than ownership units, it is striking that most poor and near-poor Jewish households are renters. Most of those who are not poor are owners (exhibit 2-14).

For most people who own their own home, their house or apartment is their most important asset; but usually it is not their only asset. If more poor people owned their own home, it might suggest that they are not really poor.

In the past nine years, there has been a slight increase in the extent of home ownership among the poor (exhibit 2-15).

Exhibit 2-14: **Home Ownership, by Poverty Status, Eight-County New York Area, 2011**

|  | Households | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Poor | | Near Poor | | Not Poor | | Poverty Status Not Known | |
|  | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Owners | 25,900 | 20% | 22,900 | 36% | 303,100 | 67% | 7,400 | 34% |
| Renters | 103,000 | 80% | 41,300 | 64% | 149,600 | 33% | 14,300 | 66% |
| **Total** | **128,900** | **100%** | **64,200** | **100%** | **452,700** | **100%** | **21,800** | **100%** |

Exhibit 2-15: **Change in Percent of Home Ownership, Poor Jewish Households, Eight-County New York Area, 2002–2011**

|  | Percent | | Change in Percent |
|---|---|---|---|
|  | 2002 | 2011 | 2002–2011 |
| Owners | 17% | 20% | +3% |
| Renters | 83% | 80% | -3% |
| **Total** | **100%** | **100%** | |

## Place of Birth and Poverty

There does not appear to be a strong relationship between place of birth and poverty, though there is one striking exception (exhibit 2–16): respondents born in the former Soviet Union (FSU) are a much larger percentage of respondents in poor households (32%) than in near-poor households (20%). Only seven percent of respondents in households that are not poor were born in the FSU.[17]

There has been a decline in the percentage of respondents in poor households from the FSU, from 38% in 2002 to 32% in 2011 (exhibit 2–17).

**Exhibit 2-16: Place of Birth of Respondents, by Poverty Status, Eight-County New York Area, 2011**

| | Respondents | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Poor | | Near Poor | | Not Poor | | Poverty Status Not Known |
| Place of Birth | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Eight-County New York Area | 56,300 | 43% | 34,400 | 52% | 281,600 | 60% | 12,100 | 55% |
| Other — United States | 9,200 | 7% | 6,400 | 10% | 89,200 | 19% | 2,900 | 13% |
| Former Soviet Union | 42,200 | 32% | 13,200 | 20% | 33,700 | 7% | 1,900 | 8% |
| Israel | 4,200 | 3% | 2,200 | 3% | 12,300 | 2% | 300 | 1% |
| Other — not United States | 17,900 | 14% | 9,800 | 15% | 53,300 | 12% | 4,600 | 21% |
| **Total** | **129,900** | **100%** | **66,200** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

17  "Place of birth" relates to respondents and is a different variable than that of "Russian-speaking households" used elsewhere in this report.

CHAPTER 2 | SOCIAL CHARACTERISTICS AND POVERTY                    44

Exhibit 2-17: **Change in Place of Birth of Respondent by Poverty Status,**
**Eight-County New York Area, 2002–2011**

| Place of Birth | 2002 | Percent 2011 | Change in Percent 2002–2011 |
|---|---|---|---|
| Eight-County New York Area | 39% | 43% | +4% |
| Other — United States | 5% | 7% | +2% |
| Former Soviet Union | 38% | 32% | -6% |
| Israel | 3% | 3% | 0 |
| Other — not United States | 14% | 14% | 0 |
| **Total** | **100%** | **100%** | |

## Length of Residence and Poverty[18]

One might expect to find that New York City's most recent residents are strongly represented among the ranks of poor households, but this is clearly not the case: regardless of poverty status, relative newcomers — respondents who have been in the New York area for fewer than 10 years — account for 7% or 8% of respondents.

The percentage of respondents in poor households that have been in the New York area for 10 to 19 years (29%) is twice as high as the percentage for not-poor households (14%) arriving during the same period. The vast majority of poor respondents who are New York–area residents and who arrived 10 to 19 years ago arrived from the former Soviet Union. The percentage of poor New Yorkers (23%) that arrived 20 to 29 years ago is also higher than the percentage for not-poor New Yorkers (15%), reflecting the beginning of the in-migration of Jews from the FSU.

18  A question about length of residence in the New York area was not asked in 2002.

CHAPTER 2 | SOCIAL CHARACTERISTICS AND POVERTY                              45

Exhibit 2-18: **Length of Residence of Respondents in the Eight-County New York Area,**
**by Poverty Status, 2011**

| | | | Respondents | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Poverty Status** | |
| **Years in** | | **Poor** | | **Near Poor** | | **Not Poor** | **Not Known** | |
| **New York Area** | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| Fewer Than 10 | 9,400 | 8% | 4,800 | 8% | 28,800 | 7% | 900 | 5% |
| 10–19 | 32,600 | 29% | 13,200 | 23% | 56,100 | 14% | 1,600 | 9% |
| 20–29 | 26,700 | 23% | 10,400 | 18% | 58,700 | 15% | 3,600 | 20% |
| 30 or More | 45,400 | 40% | 28,700 | 50% | 252,100 | 64% | 11,700 | 66% |
| **Total** | **114,200** | **100%** | **57,200** | **100%** | **395,700** | **100%** | **17,800** | **100%** |

## Diversity and Poverty[19]

Biracial and nonwhite Jewish households are slightly more likely to be poor than near poor and
slightly more likely to be near poor than not poor.

Exhibit 2-19: **Biracial and Nonwhite Jewish Households, by Poverty Status,**
**Eight-County New York Area, 2011**

| | | | Households | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Poverty Status** | |
| | | **Poor** | | **Near Poor** | | **Not Poor** | **Not Known** | |
| | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| White | 108,000 | 83% | 56,800 | 86% | 424,900 | 89% | 18,100 | 83% |
| Biracial or Nonwhite | 21,900 | 17% | 9,400 | 14% | 51,600 | 11% | 3,700 | 17% |
| **Total** | **129,900** | **100%** | **66,200** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

Poverty does not seem to relate to other subcommunities — Israelis, the Syrian population, and LGBT
households — that are important contributors to the diversity of the New York Jewish community.

---

19  A question about race was not included in the 2002 study.

## Religious Denomination and Poverty

The religious denomination of respondents does seem to relate to poverty, at least for some denominations (exhibit 2–20). Orthodox respondents are more highly represented among the poor and near poor than among those who are not poor.

• 28% of poor households are Orthodox.

• 24% of near-poor households are Orthodox.

• 15% of households that are not poor are Orthodox.

Respondents who profess Judaism as their religion but espouse no denomination are also more highly represented among the poor and near poor than among the not poor.

• 20% of poor households have no denomination.

• 14% of near-poor households have no denomination.

• 10% of households that are not poor have no denomination.

This latter pattern is strongly influenced by the presence of significant numbers of Russian-speaking poor households among those with no denomination.

Exhibit 2-20: **Religious Denomination of Respondents in the Eight-County New York Area, by Poverty Status, 2011**

| | Respondents | | | | | | Poverty Status Not Known | |
| | Poor | | Near Poor | | Not Poor | | | |
| Denomination | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Orthodox | 35,800 | 28% | 15,900 | 24% | 71,000 | 15% | 6,400 | 29% |
| Conservative | 14,300 | 11% | 11,400 | 17% | 96,100 | 20% | 6,000 | 28% |
| Reform | 14,700 | 11% | 9,700 | 15% | 123,800 | 26% | 3,000 | 14% |
| Other Denominations* | 11,200 | 9% | 7,200 | 11% | 36,900 | 8% | 1,300 | 6% |
| No Denomination | 26,200 | 20% | 9,100 | 14% | 47,400 | 10% | 1,800 | 9% |
| No Religion | 18,200 | 14% | 6,900 | 10% | 58,800 | 12% | 2,200 | 10% |
| Respondent Not Jewish | 9,500 | 7% | 6,000 | 9% | 42,400 | 9% | 1,000 | 5% |
| **Total** | **129,900** | **100%** | **66,159** | **100%** | **476,400** | **100%** | **21,800** | **100%** |

* Includes such infrequent responses as "Reconstructionist."

Upon closer examination, the high percentage of Orthodox among poor households compared with near-poor and not-poor households is strongly influenced by the very high level of poverty within one type of Orthodox household.[20] Of the three types of Orthodox households identified in the New York study, only Hasidic households are more highly represented among poor and near-poor households than among households that are not poor.[21]

Exhibit 2-21: **Orthodox Respondents, by Type of Orthodox Respondent and Poverty Status, Eight-County New York Area, 2011**

| | Poor | | Near Poor | | Not Poor | | Poverty Status Not Known | |
|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Modern Orthodox | 5,000 | 14% | 3,400 | 22% | 33,200 | 47% | 3,400 | 53% |
| Hasidic | 22,300 | 63% | 8,900 | 58% | 16,200 | 23% | 2,000 | 31% |
| Yeshivish | 4,700 | 13% | 2,700 | 17% | 15,100 | 22% | 800 | 12% |
| Other | 3,300 | 10% | 500 | 3% | 5,700 | 8% | 200 | 4% |
| **Total** | **35,300** | **100%** | **15,500** | **100%** | **70,300** | **100%** | **6,400** | **100%** |

## Concluding Comment

It is clear from the preceding analysis that poor households, near-poor households, and households that are not poor are quite different.

Some social characteristics are more prevalent among poor households than among not-poor households, with poor households more likely to be:

• Households with children under 18 years old.

• Households with seniors ages 65 and over.

• Divorced, separated, or widowed.

• Large households of seven or more people.

• Single-person households.

20 Information about different types of Orthodox respondents was not available in 2002.

21 For a discussion of the three types of Orthodox Jews identified in the study, see: UJA-Federation of New York. 2012. "Chapter 7: Diverse Jewish Communities," in *Jewish Community Study of New York: 2011 Comprehensive Report*, 213–215. New York: UJA-Federation of New York. Available as PDF at http://www.ujafedny.org/get/196902.

- Households where no one has more than a high school diploma.
- Households where neither the respondent nor a spouse is working full-time.
- Renters.
- Households that include a respondent who is an immigrant from the former Soviet Union.
- Households that include a respondent who has lived in New York for 10 to 29 years.
- Orthodox — especially Hasidic — households.
- Households with no religious denomination.

Some social characteristics are more prevalent among near-poor households than among not-poor households, with near-poor households more likely to be:

- Households with children under 18 years old.
- Households with young adults ages 18 to 34.
- Divorced, separated, or widowed.
- Four- to six-person households.
- Households where no one has more than some college or an associate's degree.
- Households where neither the respondent nor a spouse is working full-time.
- Renters.
- Households that include a respondent who is an immigrant from the former Soviet Union.
- Orthodox — especially Hasidic — households.

Since 2002, there have been a number of significant changes in the profile of poor Jewish households.

- While both ends of the age spectrum remain associated with poverty, the relative position of children and older adults has been reversed: children now account for the larger share of the people in poor Jewish households by age.
- The past nine years has seen a doubling of the percent of poor households containing five or more people, from 9% in 2002 to 18% in 2011.
- Low educational attainment has increased significantly for poor Jewish households since 2002.
- The percent of poor households where only the respondent or a spouse is working full-time has nearly doubled.
- There has been a decline in the percentage of respondents in poor households from the former Soviet Union, from 38% in 2002 to 32% in 2011.

## CHAPTER 3 | GROUPS IN POVERTY                    49

The preceding chapter makes it clear that Jewish poverty in the eight-county New York area is nearly as diverse as the Jewish community itself. There are many dimensions of poverty — age, household size, education, religious denomination, and more. In this chapter, the focus moves beyond the many separate dimensions of poverty to answer: Who are the poorest Jews in the New York area? And which groups are most likely to be near poor?[22]

Who are the poorest Jews? There are two ways to answer this question:

- The groups with the largest number of poor Jewish households — that is, the groups that together include the vast majority of poor New York households.

- The groups with the highest *incidence* of poverty — that is, groups where the highest percentage of its members are poor.

The same two perspectives apply to near-poor households.

### The Largest Groups in Poverty

There are seven mutually exclusive groups of Jewish households that together account for 90% of the Jewish poverty in the New York area.

---

22  A slightly different version of this analysis appears in *Jewish Community Study of New York: 2011 Comprehensive Report*, in which the analysis uses "people in poor Jewish households" as the primary unit of analysis; this report's analysis uses "poor Jewish households." See: UJA-Federation of New York. 2012. "Chapter 3: People in Need and Access to Support," in *Jewish Community Study of New York: 2011 Comprehensive Report*, 90–95. New York: UJA-Federation of New York. Available as PDF at http://www.ujafedny.org/get/495850.

Exhibit 3-1: **Number and Percent of Poor Jewish Households by Household Type, Eight-County New York Area, 2011**

| Type of Household | Number | Percent |
|---|---|---|
| Russian-Speaking Senior Households | 33,900 | 26% |
| Hasidic Households | 22,300 | 17% |
| Senior Households — not Russian-speaking | 20,200 | 16% |
| Unemployed or Underemployed Households | 17,200 | 13% |
| Russian-Speaking Households — no seniors | 10,900 | 8% |
| Households That Include a Person With a Disability | 9,800 | 8% |
| Single-Parent Households | 2,200 | 2% |
| Subtotal | 116,500 | 90% |
| Other — unclassified | 13,400 | 10% |
| **Total Poor Jewish Households** | **129,900** | **100%** |

*1. Russian-Speaking Senior Households — 33,900 Households; 26% of Poor Jewish Households*

The group with the largest number of poor Jewish households is Russian-speaking households with at least one senior age 65 and over.[23] Older Jews in the former Soviet Union (FSU) are among the poorest Jews in the world. It is no surprise that so many older Jews from the FSU are poor — many came to the United States with no resources; could not find employment because of age, language, or health issues; and were therefore ineligible for Social Security. Of the respondents in this group, nearly half live alone.

Exhibit 3-2: **Poor Jewish Senior Households Receiving Social Security, Russian-Speaking and Not Russian-Speaking, Eight-County New York Area, 2011**

| | Poor Russian-Speaking Senior Households | | Poor Senior Households Not Russian-Speaking | | Total | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Receives Social Security | 8,200 | 26% | 16,200 | 92% | 24,400 | 49% |
| Does Not Receive Social Security | 23,600 | 74% | 1,400 | 8% | 25,000 | 51% |
| **Total** | **31,800** | **100%** | **17,600** | **100%** | **49,300** | **100%** |

23  Included in "Hasidic households" are some 300 Hasidic, poor senior Russian-speaking households.

*2. Hasidic Households — 22,300 Households; 17% of Poor Jewish Households*

The second largest group comprises Hasidic households. Only 3% of the households included in this group are Russian-speaking (and are not included in either the group of Russian-speaking senior households or the group of Russian-speaking households without seniors). Less than 5% of these households include seniors (and are not included in the senior households, not Russian-speaking group). While there is a strong association between poverty and household size in the Hasidic community, only about half of the poor Hasidic households are large families of six or more people. There are poor Hasidic households of every household size except one-person households, of which there are few in the Hasidic community. Of course, from the vantage point of the number of people affected by poverty, large poor households affect many more poor people than do small households.

Nearly three-quarters of poor Hasidic households have at least one person who is employed full-time or is self-employed (exhibit 3-3). But Hasidic households have very low levels of secular education. In 62% of Hasidic households, neither the respondent nor his or her spouse has more than a high school diploma (exhibit 3-4).

Exhibit 3-3: **Poor Hasidic Households by Employment Status, Eight-County New York Area, 2011**

| Household Employment Status | Number | Percent |
|---|---|---|
| Respondent Only — employed full-time or self-employed | 900 | 4% |
| Respondent and Spouse — both employed full-time or self-employed | 2,500 | 12% |
| Respondent and Spouse — only one employed full-time or self-employed | 12,200 | 57% |
| Respondent Only — not employed full-time nor self-employed | 500 | 2% |
| Respondent and Spouse — neither employed full-time or self-employed | 5,400 | 25% |
| **Total** | **21,500** | **100%** |

Exhibit 3-4: **Poor Hasidic Households by Educational Attainment,
Eight-County New York Area, 2011**

| Highest Degree Earned in Household (respondent or spouse) | Number | Percent |
|---|---|---|
| High School Diploma or Less | 13,000 | 62% |
| Some College or Associate's Degree | 5,000 | 24% |
| Bachelor's Degree | 1,800 | 9% |
| Master's Degree or Doctorate | 1.200 | 6% |
| **Total** | **21,100** | **100%** |

*3. Senior Households, Not Russian-Speaking —— 20,200 Households; 16% of Poor Jewish Households*

The third group includes households with one or more seniors ages 65 and over who are neither Russian
speakers nor Hasidic. About two-thirds live alone; of those who live alone, three out of five are women and
three out of four are ages 75 and over.

*4. Unemployed or Underemployed Households —— 17,200 Households; 13% of Poor Jewish Households*

The fourth-largest group of poor households consists of households where neither the respondent nor
a spouse or partner, if present, is employed full-time or self-employed. More than two-thirds are households
where neither the respondent nor a spouse or partner has more than a high school diploma, some college,
or an associate's degree. This category excludes Russian-speaking households, Hasidic households, seniors,
and households that include a person with a disability.

*5. Russian-Speaking Households, No Seniors —— 10,900 households; 8% of Poor Jewish Households*

The fifth group consists of Russian-speaking households in which no seniors are present.[24] Unlike poor
Hasidic households, where most households have at least one person employed full-time or self-employed,
more than half of the households in this group are households where neither the respondent nor a spouse
or partner is employed full-time or self-employed. About a quarter have a respondent and a spouse who
are both employed full-time or self-employed; another 20% have either a respondent or a spouse who is
self-employed or working full-time.

Poor Russian-speaking households have much higher levels of secular education than poor Hasidic
households: 43% of poor Russian-speaking households have a respondent or spouse with at least
a bachelor's degree, compared with only 15% of poor Hasidic households.

---

24  Fewer than 100 poor Russian-speaking, not-senior Hasidic households are included in the "Hasidic households" group.

Compared with Russian-speaking households that are not poor, respondents in poor Russian-speaking households are much more likely to be ages 55 to 64 — 46% of the poor, compared with only 22% of Russian-speaking households that are not poor.

### 6. Households That Include a Person With a Disability Who is Unable to Work — 9,800 Households; 8% of Poor Jewish Households

These 9,800 households include a respondent, spouse or partner (where present), or both who are unable to work because of a disability. An additional 5,600 households include a person with a disability who is unable to work and is included in one of the other groups — Russian speakers, Hasidic, or a senior age 65 or over.

### 7. Single-Parent Households — 2,200 Households; 2% of Poor Jewish Households

Single-parent households are households with one or more children ages 17 or younger and an adult who is not married or partnered — not including Russian speakers, Hasidic households, or households that include a respondent with a disability. About 1,200 single parents have a disability and an additional 1,200 are Russian speakers or Hasidic.

The 116,500 households in these seven groups account for 90% of the poor Jewish households in the New York area. Another 13,400 households (10%) have not been identified with any particular poverty-related characteristic.

## Groups With the Highest Incidence of Poverty

A group can account for a great deal of the Jewish poverty in the New York area while at the same time contain a majority of members that are not poor, if that group as a whole is sufficiently large.

Of the seven groups accounting for the vast majority of Jewish poverty, Russian-speaking senior households, households that include a person with a disability, non-Russian-speaking senior households, and Hasidic households have the highest poverty incidence.

- More than two-thirds of Russian-speaking households that include an adult ages 65 and over are poor. This is by far the highest poverty incidence of any group in the New York area (though poverty was even higher in 2002).

- The incidence of poverty among households where the respondent, a spouse or partner, or both are unable to work because of a disability is extraordinarily high — 54% of such households are poor.

- The third-highest incidence of poverty occurs among Hasidic households, where nearly half of these households are poor. Focusing on households with six or more people, the incidence of Hasidic poverty soars to 64%.

- Poverty is fourth highest among households where neither the respondent nor a spouse or partner, if present, is employed full-time or is self-employed — 20% of these households are poor.

- The association of poverty with the former Soviet Union is less strong for households without an older adult age 65 and over. The rate of poverty among these households is also 20%.

- Single-parent households (excluding Hasidic and Russian-speaking households and households that include a person with a disability) have a poverty rate of 14%.

- The large number of poor seniors who are not Russian speakers is accompanied by a relatively low incidence of poverty. Only 10% of the households in this category are poor.

The 13,400 poor households that have not been identified with any particular dimension of poverty represent a 6% incidence of poverty among the remaining households in the New York area.

Exhibit 3-5: **Poor Jewish Households as a Percent of All Households of Each Household Type, Eight-County New York Area, 2011**

| Type of Household | Jewish Households | Poor Jewish Households | Poor Jewish Households as a Percent of Jewish Households |
|---|---|---|---|
| Russian-Speaking Senior Households | 47,200 | 33,900 | 72% |
| Households That Include a Person With a Disability | 18,300 | 9,800 | 54% |
| Hasidic Households | 49,400 | 22,300 | 45% |
| Unemployed or Underemployed Households | 85,300 | 17,200 | 20% |
| Russian-Speaking Households — no seniors | 54,900 | 10,900 | 20% |
| Single-Parent Households | 16,100 | 2,200 | 14% |
| Senior Households — not Russian-speaking | 200,500 | 20,200 | 10% |
| Subtotal | 471,700 | 116,500 | 25% |
| Other — unclassified | 222,500 | 13,400 | 6% |
| **Total Jewish Households** | **694,200** | **129,900** | **19%** |

## Largest Groups of the Near Poor

The seven groups that account for most of the Jewish poverty in the New York area are also the groups that include most of the near-poor households (exhibit 3-6):

- Senior households that are not Russian-speaking.
- Russian-speaking households, no seniors.
- Hasidic households.
- Unemployed or underemployed households.
- Single-parent households.
- Senior Russian-speaking households.
- Households that include a person with a disability.

An eighth group of the near poor includes households in which neither the respondent nor a spouse has a bachelor's degree but at least one is working full-time or is self-employed.[25]

Of the near-poor households, 8% do not fit into any particular identifiable group.

Exhibit 3-6: **Number and Percent of Near-Poor Jewish Households by Household Type, Eight-County New York Area, 2011**

| Type of Household | Number | Percent |
| --- | --- | --- |
| Senior Households — not Russian-Speaking | 15,200 | 23% |
| Russian-Speaking Households — no seniors | 10,400 | 16% |
| Hasidic Households | 8,900 | 13% |
| Unemployed or Underemployed Households | 8,500 | 13% |
| Households Where Neither Spouse nor Respondent Has a Bachelor's Degree (not underemployed or unemployed) | 8,300 | 13% |
| Single-Parent Households | 3,900 | 6% |
| Russian-Speaking Senior Households | 3,200 | 5% |
| Households That Include a Person With a Disability | 2,400 | 4% |
| Subtotal | 60,800 | 92% |
| Other — unclassified | 5,400 | 8% |
| **Total Near-Poor Jewish Households** | **66,200** | **100%** |

25  Does not include Russian, Hasidic, or senior households.

## The Near Poor: Groups With the Highest Incidence

The incidence of near poverty is much lower in general than the incidence of poverty. For the near poor, no group has an incidence that is higher than 24%; for the poor, the incidence of poverty reaches 72% in the case of Russian-speaking seniors.

Senior households that do not include a Russian speaker have the largest number of near-poor members of any of these groups but a low incidence (8%) of near poverty.

Exhibit 3-7: **Number and Percent of Jewish Households That Are Near Poor, by Household Type, Eight-County New York Area, 2011**

| Type of Household | Jewish Households | Near-Poor Jewish Households | Near-Poor Jewish Households as a Percent of Jewish Households |
|---|---|---|---|
| Single-Parent Households | 16,100 | 3,900 | 24% |
| Russian-Speaking Households — no seniors | 54,900 | 10,400 | 19% |
| Hasidic Households | 49,400 | 8,900 | 18% |
| Households Where Neither Spouse nor Respondent Has a Bachelor's Degree (not underemployed or unemployed) | 54,900 | 8,300 | 15% |
| Households That Include a Person With a Disability | 18,300 | 2,400 | 13% |
| Unemployed or Underemployed Households | 85,300 | 8,500 | 10% |
| Senior Households — not Russian-speaking | 200,500 | 15,200 | 8% |
| Russian-Speaking Senior Households | 47,200 | 3,200 | 7% |
| Subtotal | 526,600 | 60,800 | 12% |
| Other — unclassified | 167,200 | 5,400 | 3% |
| **Total Jewish Households** | **694,200** | **66,200** | **10%** |

## Concluding Comment

If chapter two is about characteristics examined one at a time, chapter three is about real, multidimensional households that bear the brunt of poverty in the Jewish community.

At the top of the list are poor Russian-speaking senior households, which account for the largest share of Jewish poverty of any group and have the highest poverty incidence of any group. In every sense, the public and Jewish communal safety net is the first and only line of defense against the effects of being poor and growing older at the same time for this group.

Poor Hasidic households — many with six or more people — have the second-highest number of poor of any group and the third-highest incidence of poverty. The *Haredi* world in which they live has a vast array of formal and informal services, including a broad range of *g'machs*, or free-loan societies; mutual-help arrangements; and support groups. In some households, studying is a higher priority for men than working because they believe they are serving a higher cause by doing so.

Of particular concern are the large numbers of unemployed or underemployed households and the large number of senior households that are not Russian-speaking. Also a serious concern is the high incidence of poverty for households that include one or more people with a disability who are unable to work.

While there are many fewer near-poor Jewish households than poor Jewish households, it is clear that the interrelated problems of low levels of secular education and unemployment and underemployment affect thousands of near-poor Jewish households.

To better understand the types of assistance and support poor Jewish households need, it is helpful to understand the current use of public benefits and human services provided by the government and the nonprofit sector. These topics are examined in the next two chapters.

58