# EXHIBIT 11





# Securing JEWISH EDUCATION



## A CONVERSATION WITH THE SATMAR REBBE, **RAV AHARON TEITELBAUM,** *SHLITA*

*By Rabbi Yitzchok Frankfurter*



*Cover Feature*



The Rebbe addressing his chasidim on Chol Hamoed



"Simcha Felder is a *shomer Torah umitzvos* who also wanted to be *bodek* and burn his *chametz*, but he was stuck in Albany. I spoke with him on Erev Yom Tov and I told him a story.

"In Sighet there was a *rosh hakahal* who was a big *shtadlan* by the name of Reb Moshe Aryeh Freund. One year on Erev Yom Kippur he had to spend the entire day using his connections to get *Yidden* out of jail, and he was successful. However, by the time he was done, it was too late for him to go to *mikvah*, to *daven Minchah* and to eat the *seudah hamafsekes*; he had to go into Yom Kippur without any preparations and he was very brokenhearted about it. The *zeide*, the Yetev Lev, consoled him and said, 'Moshe Aryeh, I did go to the *mikvah*, I did *daven Minchah*, I did eat the *seudah* and I also said a *drashah*. Why don't we exchange [the *zechusim* for what we each did today]?' He replied, 'Rebbe, *ich darf shoin nisht*.'

"I told Simcha this story, and then I said, 'I know that you're a *Yid* [and you want to prepare for Yom Tov], but the future of *klal Yisrael* is dependent upon you. Everything can be done through a *shaliach*, but not this. Another person





wouldn't be able to do this.' It was pushed all the way until the night of Yom Tov, and he had to go home before it was finalized.

"The vote took place at night—on the night of Pesach. They had to change the law against their will—both in the New York State Senate and in the Assembly, and the governor, bimchilas kevodo, also had to agree to it [and he signed it into law]. According to the new law it's enough to learn only four subjects. The governor was able to say that at least they're going to learn those four subjects. There's no question that he smuggled in some words that we didn't want once Pesach began, but we can say that for the most part we changed the law and it is effective immediately—not in a year from now.

"All of the *mevinim* know the *gevaldike* thing that took place over here for all of the *talmidim* of every single *Talmud Torah*. In the past, every child violated the law, and if it would have ended up in court there wouldn't have been an answer as to why the law wasn't adhered to. Now, *baruch Hashem*, this has all changed. *Hodu LaShem ki tov ki l'olam chasdo*. We have to thank and praise the *heilige Bashefer* for what took place this Yom Tov of Pesach."

With these moving words—in a *drashah* to his *chasidim* on Chol Hamoed—the Satmar Rebbe, Rav Aharon Teitelbaum, *shlita*, summed up some of his feelings about the accomplishment of New York State Senator Simcha Felder in stopping the $168 billion budget from being passed until the State agreed not to interfere with the curriculum of the private


NY State Senator Simcha Felder

Jewish schools.

Recently, some people who left the Orthodox Jewish community have been seeking to reform the Orthodox Jewish schooling system by petitioning the State to enforce a curriculum with more secular studies, many of which are anathema to religious people. The Democrats support more oversight and control of religious schools, while the Republicans don't. In fact, Democrats seek to impose their progressive orthodoxy on others and are intolerant of those who may have different values.

As a Democrat who has been caucusing with the Republicans for six years, thus giving the Republicans a slim majority in the chamber, Simcha Felder has a unique sway in Albany. He is courted by both parties, and both are wary of alienating him or the overwhelmingly Orthodox Jewish population he represents.

When I called Simcha, whom I consider a personal friend, to congratulate him on his principled stand to secure traditional Jewish education—which has sustained the Jewish nation for millennia—he told me, to my utter surprise, that almost all of the credit goes to the Satmar Rebbe. It was the Rebbe's personal involvement, leadership and guidance that brought about this vital piece of legislation, he said. "I was merely the Rebbe's *shaliach*."

With memories of Communist control over traditional Jewish education still fresh, there are few issues that have united the Jewish community as much as the State's increasing oversight of religious schools. However, it turns out that few have done as much as the Satmar Rebbe to thwart it.

As I have been privileged over the years to have an open door to the Rebbe's court—due to my father, z"l's, familial relationship with the Rebbe, as well as the personal relationship my father enjoyed with the Rebbe's father, the Beirach Moshe, zt"l—I made it my business to pay a visit to the Rebbe to discuss the issue with him. The primary purpose of my visit was twofold: to ascertain what the Jewish community should know about this episode and to find out whether there are lessons here for the world at large.

## The Success of Our Chinuch

It is Sunday, *Isru Chag*, when I meet the Rebbe in his home on Eihel Court, in Kiryas Yoel. Although there are many people waiting to see him, including women and children, he took time to speak with me—close to an hour, in fact—because of the obvious importance that the Rebbe attributes to this issue. After exchanging some niceties and facts about my father's familial background—which is somewhat intertwined with that of the Rebbe, as they had many relatives in common—I inquire whether we should publicize the particulars that brought about this legislation. The Rebbe's answer is in the affirmative.

"We all have to be *mefarsem* what happened, and we have to speak about





*Simcha Felder participating in a Satmar celebration on 21 Kislev*

the beautiful *chinuch* of the *Yahadus hachareidis*, which is something that everyone else is jealous of. Other people have it in their heads that poverty is what brings about the problems in society, but it isn't true; it's the lack of *mentchlichkeit* that creates the problems and brings to an even further lack of *mentchlichkeit*. If there is *mentchlichkeit* and the children are raised with *mentchlichkeit*, then even if there is poverty we can buckle under and continue onward. When you look at the *Yiddishe* community, no one brought money with them from across the sea, and no one had an education either. But with *siyata dishmaya* they worked hard and Hashem helped them. Almost everyone in the Jewish community works hard, and the *ikar* is that everyone has an *achrayus* to take care of their family. Every *yungerman* who gets married has an *achrayus* to pay rent, and when children come he has to feed and clothe them. This means that he has an *ol*, and when a person has an *ol* it forces him to *mentchel os* because he can't live a *hefker* life.

"*Baruch Hashem*, 70 years ago the great *tzaddikim* who are no longer with us came to America and they founded *Talmud Torahs* throughout New York, and outside New York as well. Today there are more than 200,000 *talmidim* who learn in *Talmud Torahs* in New York, *kein yirbu*, *bli ayin hara*. We can't even count the number of *talmidim* who have already learned in the *Talmud Torahs* over the course of the years—they are in the hundreds of thousands. It's *tiferes*.

"We educated children not only about Torah and *mitzvos*, but also regarding the *cheilek ha'enushi*, the *mentchlichkeit*—that which is called in English 'civility.'

"The young boys became *bachurim*, who got married and became *yungeleit*, and they became responsible people. And when Hashem *bentched* them with children they became bigger *baalei achrayus*—a *baal achrayus* for himself and for his wife and children—and they were *madrich* their home and their children to have *yashrus*—to have *mentchlichkeit*. They teach them about *bein adam lachaveiro*.

"Among these thousands and tens of thousands of families, *baruch Hashem*, there are no murderers, or thieves who break into houses or steal cars. I don't have to tell you what goes on in America with all the types of criminals that exist in the streets. By contrast, every Orthodox Jewish family can have a *brachah* said over it.

"Of course, there are those who are very successful and became big businessmen in all different types of businesses. There are very wealthy people who have very large factories and companies with hundreds of employees, *baruch Hashem*, in all types of expertise and businesses. They didn't have any college degrees or even high school degrees; they were completely educated by the *Talmud Torahs*.

"Even those who were not successful, and are unfortunately poor, don't become criminals, bandits or robbers. You can check with the police, and they will tell



you that in the Jewish neighborhoods where there are graduates of the *Talmud Torahs* there is hardly any crime. This is all despite the fact that they never studied *limudei chol* even according to the minimum standards of the laws of this country."

"However," the Rebbe continues, "to our pain and embarrassment, there are *mosrim* who themselves studied in their youth in one of these *batei chinuch*, and now, because of their lack of success, are spreading lies and *malshinus* against the *batei hachinuch*. They claim that the reason why they are unsuccessful is because we didn't educate them with *limudei chol*. Therefore, they say, they are coming as representatives of the rest of the youth to convince the officials that everyone is unfortunate for not having learned *limudei chol*, and they want to save those unfortunate children. And they are, therefore, demanding that the government should step in and help save all of the children who are in this unfortunate situation.

"Regrettably, they found a listening ear with some government officials, and they brought people to claim that they are witnesses to their terrible portrayal of how our youth look. It's been 70 years since the *oilam* came here and opened *Talmud Torahs*. Now suddenly these people came along and had to make problems. If you want to be a *sheigetz*, be a *sheigetz*, but why do you have to try to destroy what you left behind?

"My uncle, z"l, [the Divrei Yoel], in Elul 5713—many years ago—said that there would come a time when the wicked of our nation, who are *mumarim l'hachis*, will do everything they can and they will not hold back from using anything they can to harm the pure and kosher *chinuch*, *Hashem yeracheim*."

"They're *chotim umachtiim*," I say.

"Exactly. At first, these *mosrim* went to the City and complained that they never learned anything and now they can't get good jobs and they don't have any *parnasah*. They organized themselves very well and they were helped by the lawyers who work with Footsteps. They pressed all the right buttons and they chased after all the right politicians. The mayor wasn't interested in dealing with it, so he said he would look into it, but after a month or two they came back to him to see whether he did anything. They threatened to take him to court, and then they went to the Board of Education; they went to everyone they could. They found a listening ear in the City Council, who decided



**YOUR VISION OUR RESOURCES**
*Building a Stronger Community*

The OU Impact Accelerator is a new initiative that will provide funding, mentorship, and curriculum for early-stage nonprofit ventures. Those selected for the 18-month program will receive up to $25,000 in funding as well as customized training to scale their nonprofit startups.

| Mentorship | Curriculum | Seed Money | Support |
|---|---|---|---|
| Receive guidance from successful entrepreneurs | Learn the essentials of building a nonprofit | Receive up to 25K for your nonprofit venture | Access OU program departments and networks |

**APPLY TODAY**
www.ou.org/accelerator

To become a mentor or apply, visit
www.ou.org/accelerator to learn more.
Applications due May 6th.

impact accelerator | ORTHODOX UNION

to make a committee to look into it, although the committee didn't have any real power. These people kept following up, though, to make sure that something was being done.

"Eventually, the City sent out letters to 39 *mosdos* in New York City. For those who got it, it was *choshech*. What could they do? These letters meant investigations, and there's no way to lie or get around it either. That's when the *mosdos* founded the PEARLS organizations and hired big lawyers, such as Avi Schick. Ultimately, however, they couldn't do anything because the law was very clear. They tried to enter into negotiations, but it took a long time. This all started in 2015."

## Strategy

"That alone was a *brachah*," I say, "that they were able to draw things out."

"Yes, they were able to *shlep*. But then these people decided to take it higher and they went to the State. The New York State Department of Education took their complaints very seriously and they started working on ways to force the *mosdos* to comply with the laws. They were working on setting up an inspection system and a mechanism to make it work. We were able to see that it was getting worse and worse.

"These are not imaginings, this is a fact. It was simply a *gezeiras shmad* against 200,000 children in New York State. If people would have realized the *matzav*



*The Rebbe with talmidim from his yeshivah*

they would have been *gozeir taanis*. The problem is that most people didn't want to believe how bad it was, but the *askanim* have known for many months how serious the situation is, they just didn't know what to do about it. They knew that there was a way out—by passing a new law that will amend the existing law—but they didn't see how they could make that happen. A law has to be submitted to the Assembly and to the Senate, it has to pass both chambers, and then it has to be signed by the governor. In order for such a law to even begin the process of being voted on, it must first be passed by a committee in the Assembly, which is controlled by the Democrats, while the Senate is controlled by the Republicans. The Democrats are liberals, and the liberal charge is that everyone must learn all of these subjects.

Everyone said that any efforts to produce such a law would fail because it would never pass the committee. They would leave it on the table and it would never get anywhere, because the Democrats would never allow such a law to pass. It was a big problem. In the Senate it would have a chance, but not in the Assembly.

"Then the idea came up to tie into the budget. This was something that came up months ago."

"This was the Rebbe's idea?"

"No. It was Reb Yaakov Sofer's idea. The plan was to use the political situation for our benefit. Reb Yaakov made a *cheshbon* that the budget has to be passed by April 1, and it's of paramount importance to the governor to have it passed, because his prestige is at stake if it isn't passed on time. Therefore, he told Simcha Felder that

if he would block the budget, the governor would have to get involved, and then it would be possible to have the law changed for our benefit.

"I spoke to Simcha Felder then and I told him to keep it secret and wait until the last minute, because otherwise it would have to go through the Assembly and it wouldn't even make it past the committee stage, v'sham tikaveir. He managed to keep it secret from Chanukah-time, when we had this conversation, until now. The Senate majority agreed to go along with it, because they were very willing to fight with the State Assembly.

"In the end it didn't work 100% exactly the way we wanted it, because they added things to it once it was already Yom Tov and we couldn't do anything about it."

"Was the Rebbe otherwise confident that things would work out?"

"It was very disconcerting, because the Education Department was expected to release its guidelines to the Talmud Torahs any day, declaring what they have to teach and what would happen if they wouldn't comply. Every day that passed without it, I said, 'Baruch Hashem, another day passed.' The Eibershter helped and it was held up. Now we know that this was because they couldn't agree on the 'mechanism' of how to enforce the law. They couldn't agree on a way to do it and on who should be in charge of enforcing it. That's the only reason why this worked out.

"Late Thursday evening, the day before Erev Yom Tov, realizing the seriousness of this matter, and because of my concern that there shouldn't be any obstacles, I went to be mispallel at the tziyun of my father and uncle."



## Looking Ahead

"The New York Times wrote that the new law can end up making things worse, because it gave more power to the State. Is the Rebbe aware of what they're referring to?"

"I'm not a lawyer, so I don't know all of the different, minute details. They added that the commissioner of education can make additional demands. The yeshivos ketanos were completely exempted from limudei chol because they learn subjects that sharpen the mind. However, the Talmud Torahs still have to teach four subjects, and to that they added on that she can make her own additions. So the law is that they don't have to learn anything more, but the commissioner has the right to add something. At the same time, if the commissioner will try to add something it will lead to questions of why she feels that it's important and it can lead to backlash, so she won't want to do it."

"It will also be possible to negotiate," I suggest, "because it wouldn't be part of the law that it must be studied."

"But more importantly, the commissioner won't do it. Another important thing is that until now any individual could have gone to court—as they indeed threatened to do—and say that the City and the State aren't forcing the Talmud Torahs to keep the law. If you were to notice that the police are allowing everyone to drive through red lights without doing anything about it, you would be able to go to court and sue them. Until now anyone could have done the same thing to the mosdos, which is exactly what the mosrim wanted to do—they were going to be the plaintiffs to force the State and the City to enforce the law. It was a big sakanah, because the courts would have sided with them, but now they can't do it anymore.

"There are issues that still need to be discussed; we have to have a meeting of all the askanim together with lawyers. This isn't over yet. We have to sit down



BUSINESS TRAVEL USED TO BE A HASSLE

STARLIT
TRAVEL

845.371.8400

sales@starlittravel.com

Travel like a star.

and figure out exactly where we've gotten to and where we want to go, and what we really want to accomplish. There are experts; we have to sit down with the experts and hear that 'this paragraph of the law is good and this paragraph is bad.' If there's a paragraph that isn't good, then we have to see whether we can change it. If we do want to change something, we have to know what we want to change it to.

"Right now, there's no sword hanging over our necks. There's no rush. We have time to go to the Assemblymen, and we can bring them to *Yiddishe* neighborhoods so that they can see a *Yiddishe shtieb* and *Yiddishe* conduct. There are 150 Assemblymen, and most of them have no idea what a *Yid* is. They think that we're like the Taliban. We have to show them that we're normal, responsible people. Each one has a nice home where the children are educated in a refined way. We're working on it together with the lobbyists and we're going to get it done. If we find that something isn't good, we'll work on changing it. It might take a year or two, but we'll do it. Right now we have to roll up our sleeves and sit down with expert lawyers who will study the law and tell us what's good and what we can improve."

"Reb Simcha told me that the language of the law also came from attorneys that were paid for by the Rebbe."

"Yes. That's true."

"What does the Rebbe say is the biggest accomplishment with this new law?"

"Until now, the *Talmud Torahs* were operating illegally according to State law. The law stated that the *Talmud Torahs* have to have a curriculum that is equivalent to the public schools. There were 39 *mosdos* in New York City that received letters from the government.

"It turns out that most of the American *Talmud Torahs* were not learning enough according to the law. I thought initially that only the *chasidishe* schools weren't learning enough, but I found out that even Torah Vodaas wasn't learning enough *limudei chol* according to the strict letter of the law. Every single *Talmud Torah* in the city was not teaching properly according to the law. The 39 *mosdos* weren't just *chasidishe*, there were even modern schools that were included."



**Lag BaOmer in Kiryas Yoel**

## Lessons

Unfortunately, while we have seen some success in derailing the attempts by some to reform traditional Jewish education in New York—because New York State lawmakers were scrambling on Erev Pesach to beat the April 1 deadline to pass the budget—there are still threats against Jewish education in other countries, including England, Belgium and Canada. I ask the Rebbe whether Jews living in those countries can learn anything from the efforts and methods that were used here.

"That the *Eibershter* controls the world," the Rebbe states resolutely, "and just as he protected us from every evil until now, so will he continue to protect us. People need



to know that here, as well as overseas. There are people who look at the *Megillah* and they don't understand the point of telling the entire story from before Esther went to Achashveirosh, but that's because they don't understand that it's all connected. First Vashti was killed, then Bigsan and Seresh tried to kill Achashveirosh, and each part of the story had its part to play in the way Hashem set it up for the *Yidden* to be saved. The story, therefore, doesn't start when Esther went to Achashveirosh, it starts much earlier.

"Here you can see how the *Eibershter* controls the world. The *Eibershter* made that the Republicans should have a very narrow majority in the Senate and they should figure that since Boro Park is a Jewish neighborhood they should have a *Yid* run on the Democratic Party line and vote with the Republicans. They thought this all out, but it turned out that they all have to listen to Simcha Felder because they need him in order to have the majority. And that's why when he says that he isn't voting for the budget there's no budget. This is something that already started five years ago when no one ever thought that it would come to this, but the *Eibershter* was already preparing it. The *Eibershter* controls the world and he created the *refuah* that brought about this situation. He set up that it should be 50/50 and Reb Simcha should be the deciding vote and have the *koach* to hold up the budget.

"The *Yiddishe kinder* were the ones who accepted the Torah on Har Sinai, and *Yiddishe kinder* will be the ones who will continue to learn Torah until Moshiach comes. There's a *havtachah* of 'Ki lo sishachach mipi zaro.' Rabbi Shimon says, 'Chas v'shalom shetishtakach Torah miYisrael.'

"The only question is who will be the *shaliach* for it," I say.

"*Hakadosh Baruch Hu* has many *shlichim* whom He uses," is the Rebbe's rejoinder. "Anyone who does anything for *Yiddishe kinder* will be *bentched*."

I share with the Rebbe that I spoke with Rav Zimmerman, the *rav* of Gatsehead, about the problems that the Jewish community in England is having. In England there is a double problem, because they have the curriculum issue and they also have a problem with "minority" education.

"Exactly," the Rebbe, who is fully familiar with their problems, says. "They have to teach their students about tolerance of others, and in order to do that they have to learn about the 'others.' This means that



JOIN COMPUSKILLS
EMPOWERING YOU
WITH A SERIOUS
PROFESSIONAL CAREER

**COMPUSKILLS GRADUATES SPEAK**

*The course gave me thorough knowledge in programming enabling me to get a job right away. I recommend Compuskills!* L. Wolf, programmer

*I started freelancing immediately following my studies and was so inundated with work that I had to hire a worker!* Miri. B., WordPress developer

*I got hired immediately thanks to Compuskills!* S. Meyer, WordPress developer

**COURSES STARTING THIS SEMESTER:**
MEN — Web Development & Wordpress • Technical Writing • Selling On Amazon • Individualized College Degree Program
WOMEN — Computer Graphics & Graphic Design • Digital Marketing • Office Admin • Web Development & Wordpress • Photography • Makeup • Sheitels • Individualized College Degree Program

**SUBSTANTIAL GRANTS AVAILABLE:**
• NEWLY ARRIVING WOMEN/MEN IN ISRAEL
• OLIM UP TO 10 YEARS • ISRAELI CITIZENS

AVAILABLE IN YERUSHALAYIM & ONLINE

Business and Networking Seminars •
Internship opps • Job Referrals
Recognized by the Ministry of Labor

ISR: (02) 654 1268 • (058) 322 2976
US: (347) 717 4577 • UK: (0203) 807 0519
Info@compuskills.org
www.compuskills.org

**Compuskills**
Professional Career Training
In conjunction with MASA Israel Journey

they have to learn about all the *avodah zarahs*, because how else will they understand what the other people are. They have to learn about *avodah zarah*, *giluy arayos* and *shefichas damim*. They must teach the children these things. They're allowed to tell them that they're not allowed to do these things, but they have to first teach the children about them."

"Rav Zimmerman told me that he hopes that they'll be allowed to learn *Maseches Avodah Zarah* to get around the issue, but it isn't that simple. My question is what *chizzuk* can the *Yidden* of England take from what the Rebbe accomplished here in New York?"

"The *chizzuk* is that there's a *Bashefer* Who runs the world."

"So the message for the English *Yidden* is that the *Eibershter* controls the world."

"That's the message for the entire world."

"They say that it can get to the point where they would have to leave England."

"*Chalilah*, but it can get to that point; it's



The Rebbe walking with chasidim in New Hampshire

a terrible situation."

"There's a problem in Montreal as well," I say.

"Yes, Montreal has a big problem. The Satmar *mosdos* there said that they're going to have home-schooling, but if the government wants to put an end to the home-schooling... The *Eibershter* should



put His right hand over all the *Yidden* wherever they may be."

"There are some *Yidden* who also have *taanos* that we're not teaching enough *limudei chol*. But people need to know that we should never get the government involved in our private problems."

"Oy. If a person has *taanos* that's fine, but if you go to the government you'll find that they're going to go much further than you intended."

"Because you never know where they'll end up?"

"Because they won't stop."

"That's also an important lesson."

"Of course. You can't go to the government with complaints. If you have *taanos*, you can argue about them. If you aren't happy with the amount of *limudei chol* your child is learning, take them out and send them to a *Talmud Torah* that teaches more."

"The *Talmud Torahs* do teach secular studies," I point out.

"Yes, and there are some that might have to teach a little more now, because the government is now going to have an oversight. That's the one thing that they kept for themselves. We wanted that it should be under an organization like Torah Umesorah that could be an accrediting agency as is done with the colleges, but they refused to allow it; they're going to have the oversight.

"Isn't that a bit scary? That's what *The New York Times* was saying—that the law gave them the power to do that."

"They always had that power," the Rebbe says.

"There's nothing new here."

"Well, the media is looking to *tcheppe* and say that nothing was accomplished. 'Simcha thinks that he accomplished something, so he shouldn't think that he actually did something.'"

"This is one of the things that they fought for on Yom Tov, once we couldn't do anything about it anymore."

"New York," I remind the Rebbe, "went through a difficult time with *metzitzah b'peh* and, *baruch Hashem*, we got through it. Then we also thought that it was the end of the world, but, *baruch Hashem*, we were able to overcome it. It was the first time perhaps since the war when they tried to *tcheppe* with *Yiddishkeit*."

"It has been a problem lately," the Rebbe agrees, "but, *baruch Hashem*, we continue to overcome the problems as they come up."

"And the Rebbe continues to stand *al hamishmar*," I say.

"The main thing is that there is a *Bashefer* Who controls the world."

"What message is there for the *mosrim*? Although perhaps we shouldn't be addressing them, since it says that for the *rasha*, '*hakhei es shinav*.'"

"The message for them is that they won't succeed."

"Their *rishus* is just abnormal," I state, "but they had a bit of a *mapalah* now."

"Yes. We can say that all of the lowdown elements had a *mapalah* on Pesach night, and the *Yiddishe kinder* had a very big *yeshuah*."

"*Klal Yisrael* owes a great amount of *hakaras hatov* to the Rebbe."

"I have my own children and *einiklach*," the Rebbe tells me, brushing off my statement. "I had to do something for them just like anyone else had to do for their children. It just happens to be that the *Eibershter* gave me the opportunity to be able to actually do something about it, and, *baruch Hashem*, we were *matzliach*."

"I would like to thank the Rebbe for the opportunity," I say as I get up.

"*Zei gezint, in a gezinten zimmer*." ●