Rabbi Yoel Loeb
Preserve Torah Edu., NY

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 06 2018 ★
BROOKLYN OFFICE

To the Honorable Judge Glaser;

Since you are the one nominated from G-d to be the Judge in the case regarding Yaffed versus True Torah Education, therefore, we feel obligated to send to, your honor, our letter that we delivered to the honorable chancellor and Commissioner of the NY Board of education.

As it looks like you are Jewish, therefore, we would like to talk a little bit about the upcoming ROSH HASHUNA, YOM KIPPER, ETC. These holy days, a time of forgiveness by the Almighty, the time to pray, for long healthy years

Now you have a great opportunity to be blessed by G-d; By Supporting the traditional Jewish education

RECEIVED

SEP 07 2018

Chambers of
I. Leo Glasser
United States District Judge

system and rescueing it from its' terrible destroyers G-d forbid.

Our holy sages state very clearly; "Yesh Kona Oilumoi Bshu Achas" which means, One can buy his world in one hour, and this is in regards to the world should come, which all Jewish people believe in.

"Now Its Your Time!"

By making clear that "subsantially equivalent" never meant eradicating "Freedom of Religion", and only this is the true reason to annul the 'Felder Law' which in fact, is a bunch of compamises on behalf of the Jewish education.

Please read our leaflet thouroghly and preserv Torah education and the origional status of America and New York.

P.S. Even if you are not Jewish you will still have a tremendous merit by helping the people of G-d
Best wishe and a happy New Year.

Yoel Lefk

RECEIVED

SEP 07 2018

Chambers of
I. Leo Glasser
United States District Judge

*This is the Letter I wrote about* ב"ה

# PRESERVE TORAH EDUCATION in NEW YORK
## preservetorahedu@gmail.com

*feel free to contact me @ 347-743-1842*

# Highlights of our message

We represent the voice of the ultra-orthodox yeshiva parents concerned about changes in our holy education system.

A) G-d fearing Jews are willing to give up not only government funding for their religion, but also their life.

B) One of the fundamentals in the United States constitution is freedom of religion, therefore it is not possible that the state education law of substantial equivalency means to eradicate this fundamental freedom.

C) A short question, how many billions of dollars would the department of education spend that the schools should be clean of murdering, aids, and drugs?
Thanks g-d in the yeshivas you have that!! So why on earth is it necessary to destroy this?!

D) Our critics accusing that our graduates have difficulties going into college, in fact, the yeshiva parents view college as a tragedy for their children, because the heretic and immoral influence, and is strongly forbidden by our sages. (See birches Shmiel, trecate kudishin chapter 27) therefore their claim is ridiculous.

E) Our yeshivas that were founded by our holy sages are based on condition of NO CHANGES AT ALL!

For example we quote from Rabbi Yoel Teitelbaum of blessed memory grand rabbi of satmar - who implemented the traditional Jewish lifestyle here - "our whole life is to educate our children on the old traditional education".

Another example, the yeshiva in velozhen closed their doors in 1891 because the Russian government required them to teach secular studies to high school boys.

F) Our critics or anyone who is not comforteble with our system have the choice to send their children wherever they want, they have public schools all over NY, why would they come into our life and change us?

G) The whole concept that the government should interfere in our education system makes us very worried because the government does not understand our values, this is like a great Torah scholar should be an advisor in a sport game.

H) The holy sages in Jerusalem - in 1942 - even ruled to refuse taking funding for education from the British government, when there is any possibility that the government will interfere in the education.

I) It's clear that Yaffed is not seeking for the benefit, neither for the honorable government, nor for us.
To force the government to spend billions of dollars to fight a huge community trying to change them, is not in the best interest of the government.

Their real intention is to uproot Judaism, like they declared at a public meeting that their goal is "for the Hasidic children to see the world in a different perspective". Another strong example is, in the leaflets they sent to our community pushing their terrible agenda they add a list of all libraries around our communities, why on earth is he sending our children to the libraries which are packed with heretic and immoral stuff? Has this any connection to help us financially?

J) Mr. Muster from Yaffed is arguing all the time, that he has mercy for our children, where is mercy upon his family? His family is terribly ashamed with his activities. Where is mercy on the parents who suffer when their children's souls are being robbed, which is considered worse then when a child dies, G-d forbid.

K) We know that people like Mr. Muster who left Judaism have strong guilty conscious feellinfs, this is the reason that is pushing them to try to change the whole character of the community. We have had this over the past 200 years many times, like the reform movement; 'Maskilim' etc.

L) In the past there were many cases when administrators of yeshivas excepted government founding with conditions that contradicts religion being blinded by the huge amount of money, when the parents become aware they cooked up a storm bringing the administrators to regret. (see documents).

M) Here is a quote from the book Kolel Einyonim which is the fundamentals from the grand Rabbi of Satmar Rabbi Yoel Teitlbaum for his institutions:

"the government's demand is the basics which is called the 3 R's reading, writing, and arithmetic"
"of course it is forbidden to study anything which is against Torah and Judaism and our pure faith".

N) The BOE should be aware that people like Yaffed try to use the government for their bad goals, but this is below your dignity to be used in the hand of those people, and of course you don't want to go into history with this defect.

O) Our plea to the government is not to destroy the reputation of united states blessed history of freedom of religion.



THE CONSTITUTION OF THE UNITED STATES
SUBSTANTIALLY EQUIVALENT
never meant eradicating
FREEDOM OF RELIGION!



Leaflet of 'Yaffed' urging Hasidic people to visit secular libraries in order to change the face of Hasidic Jews



Rabbi Yoel Loeb
141 Acres Rd #201
Monroe NY 10950

US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201
ATT. Judge Glasser
Room 921