CV-18-4167 (ILG)

RABBI YOEL TEITELBAUM, THE SATMAR RABBI (OF BLESSED MEMORY), SPENT MANY YEARS IN A MENTAL HOSPITAL DUE TO A SEVERE NERVOUS BREAKDOWN CAUSED BY HIS CONSTANT RECITAL OF THE TALMUD, OVER AND OVER AGAIN.

FOR MOST OF HIS ADULT LIFE, UNTIL HIS DEATH, HE INJECTED HIMSELF WITH MASSIVE DOSES OF PSYCHOTROPIC DRUGS IN ORDER TO CONTROL HIS VOLATILE NERVOUS CONDITION AND TO STABILIZE HIS FRAGILE MENTAL STATE.

RABBI YOEL WAS ONE OF THE GREATEST RABBIS THE JEWISH RACE EVER HAD, AND HE DESERVES TO BE HONORED, RESPECTED, AND ADMIRED BY THE MEMBERS OF EVERY NATION, RELIGION, AND CREED. THE VILLAGE OF "KIRYAS YOEL" IN ORANGE COUNTY, NY, IS NAMED AFTER HIM.

THE SATMAR HASIDIC CLAN FOLLOW IN HIS FOOTSTEPS. MOST OF THEM, JUST LIKE THEIR "REBBE", TAKE POWERFUL ANTI-PSYCHOTIC MEDICATIONS, WHICH ALLOW THEM TO LEAD A PIOUS, PRODUCTIVE LIFESTYLE.