IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

YOUNG ADVOCATES FOR FAIR
EDUCATION,

        Plaintiff,

vs.

ANDREW CUOMO, in his official capacity as Governor of the State of New York,
BETTY ROSA, in her official capacity as Chancellor of the Board of Regents of the State of New York,
MARYELLEN ELIA, in her official capacity as Commissioner of the New York State Education Department,

        Defendants.

Case No. 18 CV 4167

Judge I. Leo Glasser

## DECLARATION OF RABBI YAACOV SEBBAG

1. My name is Yaacov Sebbag and I am the Principal of United Lubavitcher Yeshivoth, located at 841 Ocean Parkway, in Brooklyn, New York

2. Our school was listed in the complaint letter regarding substantial equivalence of instruction that was received by the New York City Department of Education.

3. In following up on that complaint, a team of professionals from the Department of Education visited our school on November 28, 2017.

4. During that visit, the Department Education professional met with administrators, teachers and students at our school, and sat in on numerous classes. Among the classes that they visited were several Jewish studies classes. The Department of Education was quite interested in the learning that occurs in our Jewish studies classes, and was impressed by the academic rigor that is required of our students.

5.      Since the Department of Education visit occurred on November 28, 2017, it was well before the Felder Amendment was proposed or considered. Nevertheless, it was evident to me that the Department was interested in the entirety of our curriculum, including Jewish studies.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct to the best of my knowledge.

Executed this __4th__ day of October 2018, at _____Brooklyn_____, New York.

_____
YAACOV SEBBAG