IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG ADVOCATES FOR FAIR EDUCATION,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW CUOMO,<br>in his official capacity as Governor of the State of New York,<br>BETTY ROSA, in her official capacity as Chancellor of the Board of Regents of the State of New York,<br>MARYELLEN ELIA, in her Official Capacity as the Commissioner of the New York State Education Department,<br><br>               Defendants. | Case No. 18 CV 4167<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

      PLEASE TAKE NOTICE that Andrew J. Ceresney of Debevoise & Plimpton LLP hereby appears on behalf of *amicus curiae* the Center for Educational Equity.  The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:  New York, New York
        October 24, 2018

                                      DEBEVOISE & PLIMPTON LLP

                                      By:  /s/ *Andrew J. Ceresney*
                                                Andrew J. Ceresney
                                                aceresney@debevoise.com

                                                919 Third Avenue
                                                New York, New York 10022
                                                Tel: (212) 909-6947
                                                Fax: (212) 909-6836

                                                *Counsel for the Center for Educational Equity*