UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG ADVOCATES FOR FAIR EDUCATION,<br><br>                              Plaintiff,<br><br>- against -<br><br>ANDREW CUOMO,<br>in his official capacity as Governor of the State of New York,<br>BETTY ROSA, in her official capacity as Chancellor of the Board of Regents of the State of New York,<br>MARYELLEN ELIA, in her official capacity as Commissioner of the New York State Education Department,<br><br>                              Defendants. | Case No. 18 CV 4167<br>ECF Case<br><br>**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF APPEARANCE BY SAMUEL C. KITCHENS** |

Pursuant to Local Civil Rule 1.4, Samuel C. Kitchens respectfully requests the withdrawal of his appearance on behalf of Plaintiff in the above-captioned case. In support of this motion, Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel") states as follows:

1. Samuel C. Kitchens entered an appearance for Plaintiff on July 23, 2018 (Dkt. 2).

2. Samuel C. Kitchens will leave Quinn Emanuel effective December 7, 2018.

3. Defendant remains represented in this action by Quinn Emanuel.

4. Other attorneys from Quinn Emanuel have entered appearances for Defendant in the above-captioned case.

5. The withdrawal of Samuel C. Kitchens will not affect the case schedule.

6. For the foregoing reasons, Quinn Emanuel respectfully requests that this Court grant leave for Samuel C. Kitchens to withdraw as counsel for Defendant.

| | |
|---|---|
| Dated: December 6, 2018 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ Eric Hui-chieh Huang*
Eric Hui-chieh Huang
Thomas A. Bridges

51 Madison Ave, 22nd Floor
New York, New York 10010-1601
Phone: (212) 849-7000
Fax: (212) 849-7100
erichuang@quinnemanuel.com
thomasbridges@quinnemanuel.com

*Attorneys for Plaintiffs Young Advocates For Fair Education*

**ORDERED** that the Motion And Proposed Order For Withdrawal of Appearance by Samuel C. Kitchens be granted.

Entered this _____ day of _____, 2018

SO ORDERED

_____
Honorable I. Leo Glasser