**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **JANUARY 9, 2019**          TIME: **2:30 p.m.**

DOCKET #: **CV-18-4167 (ILG)**

TITLE: **Young Advocates for Fair Education**

    *vs.*

    **Andrew Cuomo, in his Official Capacity as Governor of the State of New York, et al.**

DEPUTY CLERK: **Stanley Kessler**

COURT REPORTER: **Linda Danelczyk**

APPEARANCES:

    For Plaintiff [YAFFED]: **Renita Sharma, Esq.; Thomas Alexander Bridges, Esq.; Eric Hui-Chieh Huang, Esq.**

    For All Def'ts: **Andrew Stuart Amer, A.A.G.;** ~~**Monica Anne Connell, A.A.G.;**~~ **Yan Fu, A.A.G.**

    For *Amici* Parents for Educational and Religious Liberty in Schools, et al. (PEARLS *amici*):
        **Avi Schick, Esq.**

**CIVIL CAUSE FOR MOTION**

- ✔ **Case called.**
- ✔ **Counsel for all parties present.**
- ✔ **Plaintiff's motion for a preliminary injunction and all defendants' motion for dismissal were argued.**
- ✔ **Decision was reserved.**

TIME: **2/30**